ACCEPTED
05-15-00861-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/16/2015 4:16:41 PM
LISA MATZ
CLERK

NO. 05-15-00861-CV

IN THE COURT OF APPEALS
FIFTH DISTRICT OF TEXAS
AT DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

7/16/2015 4:16:41 PM

LISA MATZ
Clerk

IN RE ROGER ARASH FARAHMAND,
Relator

Original Proceeding Arising From the 417th Judicial District Court
Collin County, Texas
Cause No. 417-56531-2013
Hon. Cynthia Wheless

**VOLUME II OF RELATOR'S RECORD IN SUPPORT OF
PETITION FOR WRIT OF MANDAMUS
TAB 18**

THE LAW OFFICE OF GARY L. NICKELSON
Chris Nickelson
State Bar No. 24013241
5201 West Freeway, Suite 100
Fort Worth, Texas 76107-5200
Phone: 817-735-4000
Fax: 817-735-1480
Email: JCN@nickfamlaw.com
ATTORNEY FOR RELATOR,
ROGER ARASH FARAHMAND

1

# <u>INDEX</u>

Tab 18   Petitioner's Response to Respondent's Hybrid Motion for Partial Summary Judgment Regarding Respondent's Prior Marriage, filed 10/24/14

# ROGER FARAHMAND'S
# RECORD TAB 18

Filed: 10/24/2014 4:24:31 PM
Andrea S. Thompson
District Clerk
Collin County, Texas
By Sandra Hill Deputy
Envelope ID: 2953711

**THIS DOCUMENT CONTAINS SENSITIVE DATA.**

## NO. <u>417-56531-2013</u>

| | | |
|---|---|---|
| **A SUIT TO DECLARE VOID** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **ROGER ARASH FARAHMAND** | § | |
| **AND** | § | **417TH JUDICIAL DISTRICT** |
| **MARYAM FARAHMAND** | § | |
| | § | |
| **AND IN THE INTEREST OF** | § | |
| ███ **, A CHILD** | § | **COLLIN COUNTY, TEXAS** |

### PETITIONER'S RESPONSE TO
### RESPONDENT'S HYBRID MOTION FOR PARTIAL SUMMARY
### JUDGMENT REGARDING RESPONDENT'S PRIOR MARRIAGE

COMES NOW Petitioner, Roger Arash Farahmand (hereinafter "Roger"), and files this Response to Respondent's Hybrid Motion For Partial Summary Judgment Regarding Respondent's Prior Marriage, and in support of this Response provides the following:

**I.**
**RESPONSE EVIDENCE**

In support of this Response, Roger relies on the following documents and affidavits, true and correct copies of which are attached hereto, and incorporated by reference for all purposes:

Exhibit A:  Affidavit of Roger Arash Farahmand;

Exhibit B:  Excerpts from the Deposition of Maryam Farahmand:

Page 69, lines 22-25 with Exhibit 7
Page, 61, line 7 through Page 63, line 21 with Exhibits 3 and 4
Page 72, lines 20-23
Page 73, lines 18-24, with Exhibit 9
Page 83, lines 11-15
Page 84, lines 5-8 and lines 21-25
Page 146, lines18-20
Page 151, line 9 through Page153, line 9;

Exhibit C:  Foreign Language Translation and Affidavit of Maryam Farahmand and Amir Bagherkalantari's Wedding Video Transcript, filed with the Court on June 13, 2014;

Page - 1

Exhibit D:     Marriage License of Maryam Farahmand and Amir Bagherkalantari issued on December 4, 2009 by the Collin County Clerk and signed on December 12, 2009 by the person who performed the ceremony, Dr. Ghaffari;

Exhibit E      Excerpts from the Deposition of Shahrbanoo Khanipour, who also goes by Mahnaz Keyani:

                  Page 12, lines 16- 25
                  Page 13, line 1-15
                  Page 15 line 8 through Page 23, line 9
                  Page 24, lines 10 – 24
                  Page 25, lines 2-12
                  Page 45, lines 1-25;

Exhibit F      Deposition by Written Questions of Dr. Alsan Ghaffari;

Exhibit G      March 10, 2014, Temporary Orders Hearing Transcript, Page 11-22; and

Exhibit H      Business Records Affidavit of Post Legacy Apartments filed June 9, 2014.


## II.
### STATEMENT OF FACTS

Roger and Respondent, Maryam Farahmand (hereinafter "Maryam"), were purportedly married on July 28, 2012. On December 30, 2013, Roger filed his Original Petition for Divorce.

After filing, Roger discovered for the first time that Maryam had previously been married to Amir Bagherkalantari (hereinafter "Amir"). After further investigation, Roger learned that not only had Maryam married Amir on or about December 12, 2009, but she had never divorced Amir. Exhibit "A." On March 4, 2014, Maryam was deposed and Maryam stated that neither she nor Amir had ever filed for divorce nor filed for an annulment. Exhibit "B," p. 84.

Subsequently, Roger uncovered the wedding video from Maryam and Amir's nuptials as well as a copy of their marriage license. A true and correct copy of Maryam and Amir's wedding video transcript and marriage license is attached hereto for all purposes as Exhibit "C" and "D," respectively.

Roger also learned that the marriage license was never filed due to a misunderstanding by a guest at the wedding, Shahrbanoo Khanipour, who held on to the license unknowingly. A true and correct copy of selected excerpts of the Deposition of Shahrbanoo Khanipour is attached

Page - 2

hereto for all purposes as Exhibit "E." However, despite the lack of filing, the license is fully executed and does bear the signature of the officiant, Dr. Aslan Ghaffari. *See* a true and correct copy of the deposition on written question responses from Dr. Aslan Ghaffari is attached hereto for all purposes as Exhibit "F," page 7, question 21 (Dr. Ghaffari answered yes to the question, "Did you officiated or conduct Maryam Parviz Khyavi and Amir Bagherkalantari's wedding ceremony?"). Finally, after Maryam and Amir married, they moved into an apartment in Plano, Texas wherein Amir identifies, in his emergency contact section of the apartment application, Maryam as his wife. In Maryam's application to the apartment complex, she writes that the reason she is moving is that she is "getting married." A true and correct copy of the apartment lease and applications written by Maryam and Amir are attached hereto and incorporated herein for all purposes as Exhibit "H."

Accordingly, upon learning of the prior marriage, Roger filed his First Amended Petition to Declare Marriage Void and in the Alternative Second Amended Petition for Divorce. On July 31, 2014, Maryam filed *Respondent's Hybrid Motion for Partial Summary Judgment On Petitioner's Allegations of Prior Marriage to Amir Bagherkalantari* (hereinafter "Motion for Summary Judgment."). Maryam's hybrid Motion for Summary Judgment features a traditional motion for summary judgment and a no evidence motion for summary judgment.

## IV.
### RESPONSE TO NO EVIDENCE MOTION FOR SUMMARY JUDGMENT

Maryam challenges Roger's action to void the marriage stating that he has failed to provide any evidence of a ceremonial marriage or an informal marriage.

### A. Authority/Standard of Review.

The no-evidence summary judgment motion is a procedural device designed to help the party who does not have the burden of proof at trial, generally the defendant. Texas Rule of Civil Procedure 166(a)(i) requires the trial court to grant the motion for no-evidence summary judgment if the nonmovant does not produce summary judgment evidence that raises a genuine issue of material fact.[1] To defeat a no-evidence motion for summary judgment, the nonmovant must produce more than a scintilla of evidence to raise a genuine issue of material fact on the challenged elements.[2] A nonmovant produces more than a scintilla of evidence when the evidence "rises to a level that would enable reasonable and fair-minded people to differ in their conclusions."[3] A trial court must resolve all reasonable doubt about the facts in favor of the nonmovant.[4]

---

[1] *Dolcefino v. Randolph*, 19 S.W.3d 906, 917 (Tex.App.—Houston [14th Dist.] 2000, pet. denied); *Saenz v. Southern Un. Gas Co.*, 999 S.W.2d 490, 493 (Tex.App.—El Paso 1999, pet. denied).
[2] Tex. R. Civ. P. 166a(i); *Forbes Inc. v. Granada Biosciences*, 124 S.W.3d 167, 172 (Tex. 2003).
[3] *Ridgway v. Ford Motor Co.*, 82 S.W.3d 26, 29 (Tex.App.—San Antonio 2002), *rev'd on other grounds*, 135 S.W.3d 598 (Tex. 2004).
[4] *Lehrer v. Zwenemann*, 14 S.W.3d 775, 777 (Tex.App.—Houston [1st Dist.] 2007, pet. denied).

Page - 3

The amount of time necessary to constitute an adequate time for discovery under Texas Rule of Civil Procedure 166a depends on the facts and circumstances of the particular case.[5] Generally, when considering whether the trial court permitted an adequate time for discovery as to permit grant of a no-evidence summary judgment, the appellate court considers the following factors: (1) the nature of the case; (2) the nature of the evidence necessary to controvert the no-evidence summary judgment motion; (3) the length of time the case was active; (4) the amount of time the no-evidence motion was on file; (5) whether the movant had requested stricter guidelines for discovery that had already taken place; and (7) whether the discovery deadlines in place were specific or vague.[6]

## B. Ceremonial Marriage.

Under Texas Law, to enter into a ceremonial marriage, a person must obtain a marriage license and voluntarily participate in a marriage ceremony.[7] After obtaining a marriage license the couple must appear before an "authorized person" who will conduct the marriage ceremony.[8] An "authorized person" can either be: (a) an officer of a religious organization who is authorized by the organization to conduct a marriage ceremony; or (b) a person that has the reasonable appearance of authority and at least one party to the marriage participated in the ceremony in good faith and treats the marriage as valid.[9] Texas law does not prescribe any specific form for the marriage ceremony and no particular words are required to be spoken by the participants.[10] Finally, the person who conducts the marriage ceremony must, within 30 days: (1) record on the license the date of the ceremony and the county where it was performed; (2) sign the license; and (3) return the license to the county clerk who issued it.[11] However, evidence that the marriage was not entered to in accordance with statutory formalities, such as obtaining a marriage license, conducting a ceremony and **recording the license**, is insufficient to invalidate a ceremonial marriage's existence.[12] A ceremonial marriage can be established by presenting evidence of the marriage license and certificate, or by testimony of the parties, the witnesses, or the person who performed the marriage.[13]

---

[5] McInnis v. Mallia, 261 S.W.3d 197, 202-03 (Tex.App.—Houston [14th Dist.] 2008, no pet).

[6] *In re Guardianship of Patlan*, 350 S.W.3d 189 (Tex.App.—San Antonio 2011, no pet).

[7] Tex. Fam. Code § 2.001

[8] Tex. Fam. Code § 2.203(a).

[9] Tex. Fam. Code § 2.202(a)(3); Tex. Fam. Code § 2.302; Husband v. Pierce, 800 S.W.2d 661, 664 (Tex.App.—Tyler 1990, orig. proceeding).

[10] *Id.*; Texas also does not distinguish between civil and religious ceremonies. *Ahmed v. Ahmed*, 261 S.W.3d 190, 194 (Tex.App.—Houston [14th Dist.] 2008, no pet.) (date of civil ceremony established marriage because it occurred before religious ceremony).

[11] Tex. Fam. Code § 2.206(a).

[12] Tex. Fam. Code § 2.301 (validity of marriage is not affected by fraud, mistake or illegality that occurred in obtaining marriage license); Tex. Fam. Code § 2.302 (validity of marriage is not affected by lack of authority of person conducting the marriage ceremony); *Williams v. White*, 263 S.W.2d 666, 668 (Tex.App.—Austin 1953, writ ref'd n.r.e.) (statutory formalities for marriage are merely directory, and marriage is valid even if certain formalities are not followed); *Husband v. Pierce*, 800 S.W.2d 661, 664 (Tex.App.—Tyler 1990, orig. proceeding) (ceremonial marriage was valid even though there was no marriage license) (emphasis added).

[13] *See Forson v. State*, 296 S.W.2d 770, 772 (Tex. Crim App. 1911) (testimony of minister who performed ceremony); *Black v. Shell Oil Co.*, 397 S.W.2d 877, 881 (Tex. App.—Texarkana 1965, writ ref'd n.r.e.) (license and certificate).

Page - 4

## C. Informal Marriage.

An informal or common-law marriage exists if the parties: (1) agreed to be married; (2) lived together in the state as husband and wife; and (3) they represent to others that they were married.[14] The existence of a common-law marriage is a fact question, and the party seeking to establish the existence of the marriage bears the burden of proving the elements by a preponderance of the evidence.[15] An agreement to be married, as an element of proof required to establish common law marriage, may be established by direct or circumstantial evidence.[16] Evidence of cohabitation and representations that the couple is married may constitute circumstantial evidence of an agreement to be married, but "the circumstances of each case must be determined based upon its own facts."[17]

## D. Maryam Married Amir Prior to Her Marriage to Roger.

Under Texas law, to enter into a ceremonial marriage, a person must obtain a marriage license and voluntarily participate in a marriage ceremony.[18] After obtaining a marriage license the couple must appear before an "authorized person" who will conduct the marriage ceremony.[19] An "authorized person" can either be: (a) an officer of a religious organization who is authorized by the organization to conduct a marriage ceremony; or (b) a person that has the reasonable appearance of authority and at least one party to the marriage participated in the ceremony in good faith and treats the marriage as valid.[20] Texas law does not prescribe any specific form for the marriage ceremony and no particular words are required to be spoken by the participants.[21] Finally, the person who conducts the marriage ceremony must, within 30 days: (1) record on the license the date of the ceremony and the county where it was performed; (2) sign the license; and (3) return the license to the county clerk who issued it.[22] However, evidence that the marriage was not entered into in accordance with statutory formalities, such as obtaining a marriage license, conducting a ceremony and **recording the license**, is insufficient to invalidate a ceremonial marriage's existence.[23] A ceremonial marriage can be established by

---

[14] Tex. Fam. Code § 2.401; *Small v. McMaster*, 352 S.W.3d 280, 283 (Tex.App.—Houston [14th Dist.] 2011, pet. denied).

[15] McMaster at 283.

[16] *Russell v. Russell*, 865 S.W.2d 929, 933 (Tex. 1993).

[17] *Id.*

[18] Tex. Fam. Code § 2.001.

[19] Tex. Fam. Code § 2.203(a).

[20] Tex. Fam. Code § 2.202(a)(3); Tex. Fam. Code § 2.302; *Husband v. Pierce*, 800 S.W.2d 661, 664 (Tex. App.—Tyler 1990, orig. proceeding).

[21] *Id.*; Texas also does not distinguish between civil and religious ceremonies. *Ahmed v. Ahmed*, 261 S.W.3d 190, 194 (Tex. App.—Houston [14th Dist.] 2008, no pet.) (date of civil ceremony established marriage because it occurred before religious ceremony).

[22] Tex. Fam. Code § 2.206(a).

[23] Tex. Fam. Code § 2.301 (validity of marriage is not affected by fraud, mistake or illegality that occurred in obtaining marriage license); Tex. Fam. Code § 2.302 (validity of marriage is not affected by lack of authority of person conducting the marriage ceremony); *Williams v. White*, 263 S.W.2d 666, 668 (Tex. App.—Austin 1953, writ ref'd n.r.e.) (Statutory formalities for marriage are merely directory, and

presenting evidence of the marriage license and certificate, or by testimony of the parties, the witnesses, or the person who performed the marriage.[24]

To illustrate, in *Williams v. White*, a sixteen year old girl married a seventeen year old boy. *Williams v. White*, 263 S.W.2d 666, 667 (Tex. Civ. App.—Austin 1953, writ ref'd n.r.e.). The children were able to obtain a marriage license from the clerk without their parents' consent which is required by statute. *Id.* The parents of the girl argued the marriage was void because their consent was not given to procure the marriage license. *Id.* The court found that "statutes regulating the mode of entering into the marriage relations including the consent of the parents and provisions requiring that a license be obtained before performance of the marriage ceremony, **are merely directory**, and that, although marriage is entered into otherwise than in accordance with the provisions of such statutes, it is nevertheless a valid marriage unless, of course, the statute declares that its violation shall render the marriage void. *Id.* at 668 (emphasis added); *see also Husband v. Pierce*, 800 S.W.2d 661, 664 (Tex. App.—Tyler 1990, no writ) (finding that "every marriage entered into in this state is considered valid ... unless it is *expressly* made *voidable...* "). Since Texas does not have a statute that explicitly declares a marriage between a sixteen-year old and a seventeen-year old void, the court upheld the validity of the marriage despite the invalidity of the marriage license.[25]

The court in *Portwood* went on to explain that "only when by the terms of these statutes it is peculiarly provided that a failure to comply with their provisions shall render the marriage void that this effect is given to them." *Portwood v. Portwood*, 109 S.W.2d 515, 521 (Tex. Civ. App.—Eastland 1937, writ dism'd); *see also In re Estate of Loveless*, 64 S.W.3d 564 (Tex. App. Texarkana 2001) (although a marriage is entered into otherwise than in accordance with the provision requiring that a license be obtained before performance of the marriage ceremony, it is nevertheless a valid marriage unless the statute declares that its violation renders the marriage void.); *Husband v. Pierce*, 800 S.W.2d 661, 664 (Tex. App.—Tyler 1990, no writ); *Williams v. White*, 263 S.W.2d 666, 668 (Tex. Civ. App.—Austin 1953, writ ref'd n.r.e.). Even in the criminal courts, it has been upheld that a marriage can be valid without a license though the parties participating in the ceremony may be criminally liable. *Chapman v. Chapman*, 32 S.W. 564, 565 (Tex. Civ. App. 1895) *aff'd*, 88 Tex. 641, 32 S.W. 871 (1895); *See also Morville v. State*, 63 Tex. Crim. 553, 557, 141 S.W. 102, 104 (Tex. Crim. App. 1911) (upholding a criminal conviction for bigamy when no marriage license was issued; the court found that a prior marriage existed based on testimony of witnesses). Thus, although the Texas Family Code appears to be mandatory in requiring the recording of an executed marriage license, a marriage otherwise valid will not be invalid for lack of recording. *Williams v. White*, 263 S.W.2d 666, 668 (Tex. Civ. App.—Austin 1953, writ ref'd n.r.e.).

---

marriage is valid even if certain formalities are not followed); *Husband v. Pierce*, 800 S.W.2d 661, 664 (Tex. App.—Tyler 1990, orig. proceeding) (ceremonial marriage was valid even though there was no marriage license) (emphasis added).

[24] *See Forson v. State*, 296 S.W.2d 770, 772 (Tex. Crim. App. 1911) (testimony of minister who performed ceremony); *Black v. Shell Oil Co.*, 397 S.W.2d 877, 881 (Tex. App.—Texarkana 1965, writ ref'd n.r.e.) (license and certificate).

[25] *Id.*

Here, Maryam and Amir received a marriage license from the county clerk. *See* Exhibit "D." After they obtained that marriage license, they were married before an authorized Persian Shiite officiant who married them with religious authority under Persian Shiite marriage traditions. *See* Exhibit "C." The officiant, Dr. Ghaffari, testified under oath that he married Maryam and Amir and attended their wedding. *See* Exhibit "F." Wedding guest, Shahrbanoo Khanipour, testified that she attended the wedding of Maryam and Amir and retained the couples' marriage license for safe keeping. *See* Exhibit "D." Although the marriage license was never filed, it does not invalidate Maryam and Amir's marriage. There is no specific statute that voids a ceremonial marriage if the marriage license is not filed. *See Portwood v. Portwood*, 109 S.W.2d 515, 521 (Tex. Civ. App.—Eastland 1937, writ dism'd); *In re Estate of Loveless*, 64 S.W.3d 564 (Tex. App. Texarkana 2001); *Williams v. White*, 263 S.W.2d 666, 668 (Tex. Civ. App.—Austin 1953, writ ref'd n.r.e.). Accordingly, Maryam and Amir's marriage is valid in accordance with the Texas Family Code and Texas case law.

As far as summary judgment proof of an informal marriage, Petitioner has offered evidence that Amir and Maryam agreed to be married, which they did in a ceremony before witnesses. Maryam admits herself in her deposition testimony that she and Amir lived together, in an apartment in Plano, Texas in 2010, after the agreement to be married in December 2009. *See also* Exhibit "H," which is the Business Records and Affidavit of Post Legacy Apartments lease wherein Maryam is identified as the Wife of Amir in his application. Also, in Maryam's application she states that the reason she is moving is because she is getting married. In addition to the lease application, there is summary judgment evidence that Amir and Maryam held themselves out and presented to others that they were married, wore a wedding dress and veil, exchanged rings and vows in a ceremony with witnesses. *See* the deposition testimony in Exhibits "B" Page 73, lines 22-24, Page 83, lines 11-15; "C"; "E" Page 15, line 8 through Page 23, line 9; and "F."

### E. Maryam's Marriage to Amir Was Never Dissolved.

To establish that a party's earlier marriage was never dissolved, the party must present evidence negating every possible means by which the earlier marriage could have been dissolved; in other words, the party must negate that the earlier marriage was not dissolved by death, divorce, or annulment.[26]

### (1) Maryam's Marriage to Amir Was Not Dissolved by Death.

To prove that an earlier marriage was not dissolved by death of a spouse, the party must present evidence that the spouse was alive at the time of the most recent marriage.[27]

In this case, Amir is currently alive. Thus, Maryam's marriage to Amir was not dissolved by the death of Amir.

---

[26] *Texas Employers' Ins. v. Gomez*, 313 S.W.2d 956, 958 (Tex. App.—Eastland 1958, writ ref'd n.r.e.; *see Nguyen v. Nguyen*, 355 S.W.3d 82, 89-90 (Tex. App.—Houston [1st Dist.] 2011, pet. denied).

[27] *Id.*

Page - 7

**(2) Maryam's Marriage to Amir Was Not Dissolved by Divorce or Annulment.**

To prove that an earlier marriage was not dissolved by divorce or annulment, the party must present evidence that he searched every jurisdiction where the parties to the earlier marriage might reasonably have pursued a divorce or annulment.[28]

The only states where Maryam and Amir could have lived together since their marriage in December 2009, are Texas and California. *See* Exhibit "B," p. 84, lines 5-8 and Page 146, lines 18-20 (wherein Maryam states "we lived together in Plano" and when answering whether she lived in California she said "I did, yes."). Roger consulted with a private investigator to research and investigated the surrounding circumstances of Maryam and Amir's marriage and confirmed that the only places where the Maryam and Amir resided was Texas and California. Roger searched in both jurisdictions for any dissolution proceedings for Maryam and Amir between the date of their marriage, December 12, 2009, and the date of Roger and Maryam's wedding, July 28, 2012. Such search yielded no dissolution proceedings on file in either state. *See* Exhibit "A." Furthermore, Maryam already testified at her deposition that neither she nor Amir sought a divorce or annulment of the marriage. *See* Exhibit B, page 84, lines 21-25. Thus, in conjunction with Maryam's testimony, Roger has made the reasonable efforts necessary under the law to prove that Maryam's marriage to Amir was not dissolved by divorce or annulment.

**(3)    Roger had no knowledge of the Prior Marriage when he Married Maryam**

Roger did not find out, until after he filed a divorce action, that Maryam had previously been married, much less that she was still married at the time that they married in 2012. See Exhibit A.

## V.
### RESPONSE TO TRADITIONAL MOTION FOR SUMMARY JUDGMENT

Maryam challenges Roger's action to void the marriage on the grounds that, unknown to Roger, Maryam was already married when Roger and Maryam married.

**A.    Authority/Standard of Review.**

---

[28] *Davis v. Davis*, 521 S.W.2d 603, 605 (Tex. 1975) (finding it not necessary to prove the nonexistence of divorce in *every* jurisdiction where the parties could have been married, the burden only requires a search of those jurisdictions where a party "might reasonably have been expected to have pursued [a divorce]."); *Caruso v. Lucius*, 448 S.W.2d 711, 715 (Tex. App.—Austin 1969, writ ref'd n.r.e.) (civil registry certificates from every county where Husband had lived proved earlier marriage was not dissolved by divorce or annulment.); *Hovious*, 2-04-169-CV, 2005 WL 555219 at *8 (Tex. App.—Fort Worth Mar. 10, 2005, pet. denied) (record search in all possible jurisdictions of residency yielded no divorce decree); *In re A.M.*, 418 S.W.3d 830, 842 (Tex. App.—Dallas 2013, no pet.); *Jordan v. Jordan*, 938 S.W.2d 177, 179 (Tex. App.—Houston [1st Dist.] 1997, no writ).

The purpose of the summary judgment procedure is to permit the trial court to promptly dispose of cases that involve unmeritorious claims or untenable defenses.[29] Summary judgment is proper only if the movant can show that there is no genuine issue of material fact and that the movant is entitled to judgment as a matter of law.[30] When evaluating a motion for summary judgment based on summary judgment proof, the trial court must assume all the nonmovant's proof is true, indulge every reasonable inference in favor of the nonmovant, and resolve all doubts about the existence of a genuine issue of a material fact against the movant.[31] The nonmovant does not have to marshal its proof; it only has to point out evidence that raises a fact issue on the challenged elements.[32]

**Argument.**

Petitioner, through the summary judgment evidence offered by Petitioner, set forth herein above in this Response to No Evidence Motion for Summary Judgment that is fully incorporated into this Response to Motion for Summary Judgment, has without a doubt created a general issue of material fact issue as to whether or not Maryam was married to Amir at the time that she married Roger, unknown to Roger. Maryam writes in her affidavit, attached to her Motion for Summary Judgment, that she was not ever married to Amir. Roger provided summary judgment evidence from third party witnesses, photographs, and the transcript of the Persian wedding ceremony that prove that Maryam did marry Amir in December, 2009 in a ceremony, or, in the alternative, through informal marriage, and the marriage never ended.

## VI.
### PRAYER

Roger respectfully requests that the Court deny Maryam's Motion for Summary Judgment for the following reasons. The no evidence motion for summary judgment should be denied because Roger has offered more than a scintilla of evidence on each of the elements he has the burden to prove. The traditional motion for summary judgment should be denied because the summary judgment evidence creates a material disputed fact, which is whether or not Maryam was married to Amir at the time she married Roger.

Respectfully submitted,

By: _Karen Blakely Turner_
KAREN BLAKELY TURNER
State Bar No. 02430500
**Karen B. Turner, PLLC**

---

[29] *City of Houston v. Clear Creek Basin Auth.*, 589 S.W.2d 671, 678 n.5 (Tex.1979).
[30] Tex. R. Civ. P. 166a(c).
[31] *M.D. Anderson Hosp. v. Willrich*, 28 S.W.3d 22, 23 (Tex.2000).
[32] *John v. Brewer & Pritchard, P.C.*, 73 S.W.3d 193, 207 (Tex. 2002).

Page - 9

3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
Telephone: (214) 780-0646
Fax: (214) 780-0649
karen@karenturnerlaw.com

-and-

**Bradford Nace**
State Bar No. 24007726
E-mail: bnace@nacemotley.com
**Nace & Motley, LLC**
100 Crescent Court, 7th Floor
Dallas, Texas 75201
(214) 459-8289
(214) 242-4333 Fax

Attorneys for Roger Arash Farahmand

## CERTIFICATE OF SERVICE

I certify that on October 24, 2014, a true copy of the above was hand delivered to on all attorneys of record in accordance with Rule 21a of the *Texas Rules of Civil Procedure*.

_____
**Karen B. Turner**
Attorney for Petitioner

THIS DOCUMENT CONTAINS SENSITIVE DATA.

## NO. 417-56531-2013

| | | |
|---|---|---|
| A SUIT TO DECLARE VOID COURT | § | IN THE DISTRICT |
| THE MARRIAGE OF | § | |
| | § | |
| ROGER ARASH FARAHMAND | § | |
| AND | § | 417TH JUDICIAL |
| DISTRICT | | |
| MARYAM FARAHMAND | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| ███, A CHILD | § | COLLIN COUNTY, |
| TEXAS | | |

### ROGER ARASH FARAHMAND'S SUPPORTING AFFIDAVIT

ROGER ARASH FARAHMAND appeared in person before me today and stated under oath:

"My name is ROGER ARASH FARAHMAND. I am competent to make this affidavit in that I have never been convicted of a felony and I am over the age of eighteen years. The facts stated in this affidavit are within my personal knowledge and are true and correct. I am the Petitioner in this case.

"Amir Bagherkalantari (herein after "Amir") resides in California, attends University of Southern California and is in the school of Engineering program obtaining his Master's Degree. He has been listed on both the 2013 and 2104 Dean's List posted on the school's website and is an active student listed in the school's student directory for the Fall 2014 semester. Amir had an internship with Maxim Integrated and currently is a student worker. Amir resides in California. It is my understanding, based upon research, that Amir Bagherkalantari is not deceased.

Roger Arash Farahmand's Supporting Affidavit
Page 1

EXHIBIT
A
Blumberg No. 5208

"I have researched, and I have had other research on my behalf, possible divorces in Texas and in California and find no divorce between Amir and Maryam, which is consistent with Maryam's deposition testimony that they have neither filed for divorce or annulment.

"Not until after I filed for divorce from Maryam did I ever learn that she had previously married.

"Exhibit D is a copy of the original marriage license now in my possession. Mahnaz Keyani, whose deposition excerpts are in Exhibit E provided me the original marriage license, which had been left with her.

"Exhibit C is a transcript of the wedding video that was taken on December 12, 2009. I am in possession of a copy of the video recording made during the ceremony. The transcript accurately reflects the audio version of the video recording. The transcript reflects the marriage ceremony of Amir Bagherkalantari and Maryam that was conducted by Dr. Alsan Ghaffari, referenced in Dr. Alsan Ghaffari's testimony and written discovery.

"I recognize the hand writing and signature of Maryam Farahmand in the application she completed, which is a part of Exhibit G.

Affiant says nothing further.

_____
ROGER ARASH FARAHMAND

State of Texas

County of Collin

SIGNED under oath before me on October 23rd, 2014

PAOLA A. TORRES
Notary Public, State of Texas
My Commission Expires
July 22, 2018

_____
Notary Public, State of Texas

NO. 401-56531-2013

| | | |
|---|---|---|
| IN THE MATTER OF | * | IN THE 401ST |
| THE MARRIAGE OF | * | COPY |
| | * | |
| ROGER ARASH FARAHMAND | * | |
| AND | * | JUDICIAL DISTRICT COURT |
| MARYAM FARAHMAND | * | |
| | * | |
| AND IN THE INTEREST OF | * | |
| ▉ | * | |
| A MINOR CHILD | * | COLLIN COUNTY, TEXAS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF MARYAM FARAHMAND

Taken for the Petitioner

March 4, 2014

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF MARYAM FARAHMAND, produced as a witness at the instance of the Petitioner, and duly sworn, was taken in the above-styled and numbered cause on March 4, 2014, from 9:12 a.m. to 2:01 p.m., before Pennie Futrell, CSR in and for the State of Texas, reported by machine shorthand, at the Law Offices of Richard J. Corbitt, P.C., 6440 N. Central Expressway, Suite 700, Dallas, Texas 75206, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record or attached hereto.


EXHIBIT
B

APPEARANCES

FOR THE PETITIONER:

Mr. Bradford Nace
NACE & MOTLEY, LLP
100 Crescent Court
7th Floor
Dallas, Texas 75201
Telephone:      214.459.8289
Facsimile:      214.242.4333
E-mail:         bnace@nacemotley.com

FOR THE RESPONDENT:

Mr. Richard J. Corbitt
LAW OFFICE OF RICHARD J. CORBITT, P.C.
6440 N. Central Expressway
Suite 402
Dallas, Texas 75206
Telephone:      214.744.1234
Facsimile:      214.754.0515
E-mail:         corbittlaw@gmail.com

ALSO PRESENT:

Mr. Randy Johnson - Videographer
Mr. Roger Farahmand

other hospitalizations.

Is there any reason for that?

A.   I don't believe I have a hard time.  I'm telling you what I remember.

Q.   With regard to Amir...

(Exhibit 3 marked.)

Q.   (By Mr. Nace)  I'm going to hand you what we'll mark as Exhibit 3.

Can you identify that document for the record?

A.   It says marriage license.

Q.   Who is that marriage license between?

A.   Amir and me.

Q.   And when was that issued?

A.   It says that it was issued on the 4th day of December, 2009.

Q.   At 3:28 p.m., correct?

A.   Yes.

Q.   Have you ever seen this marriage license before?

MR. CORBITT:  Objection, form.

Q.   (By Mr. Nace)  You may answer my question.

A.   This is a copy.

Q.   Have you seen it before, ma'am, was my question.

# Marriage License

AMIR BAGHERKALANTARI

and

MARYAM PARVIZ KHYAVI

Issued the 4th day of December 2009
at 3:28 PM

Stacey Kemp, County Clerk
By _Patricia Green_ Deputy

Returned and Filed for
Record the ___ day
of _____
Stacey Kemp, County Clerk
By _____ Deputy

Section 2.204 of the Family Code
This license cannot be used prior to:
12/07/2009 3:28 PM

Section 2.201 of the Family Code
Must be used before:
01/04/2010

Section 2.202 of the Family Code
Persons authorized to conduct ceremony.

Printed material distributed as required by
Section 2.009 of the Family Code.

### Groom

Birthday: 07/05/1981
Place of Birth: Tehran, IRAN

### Bride

Birthday: 11/27/1980
Place of Birth: Tehran, IRAN

Return License To

MARYAM PARVIZ KHYAVI
15025 FARMCOTE DR
RICHARDSON, TX 75080



EXHIBIT
3
Maryam



The STATE OF TEXAS

# Marriage License

## COUNTY OF COLLIN

To Any Person Authorized by the Laws of the State of Texas
To Celebrate The Rites of Matrimony in the State of Texas.

## GREETING:

### YOU ARE HEREBY AUTHORIZED TO SOLEMNIZE THE

## RITES OF MATRIMONY

Between

### AMIR BAGHERKALANTARI

and

### MARYAM PARVIZ KHYAVI

and make due return to the Clerk of the County Court of said County within

Thirty days thereafter, certifying your action under this license.

Witness my official signature and seal of office

At office in McKinney, Texas, this,

the 4th day of December 2009

Stacey Kemp, County Clerk

Collin County, Texas

By Patricia Crowritt Deputy

I hereby certify that on the 12th day of December 2009.
At 4 O'Clock P M. I united in Marriage the parties above named.

Witness my hand this 12th day of December 2009.

A. Ghafforie

Signature of Person performing Ceremony

ASLAN GHAFFARI

Typed or printed name of person performing ceremony

P.H.D in cc room

Title of person performing ceremony

Marriage performed in

Callin County 1633 Piedmont Pl. Carrollton, Texas —

Address of person performing ceremony

Returned and filed for record the _____ day of _____, _____,

and recorded the _____ day of _____, _____ in the

In Document Number _____

Marriage License Record of Collin County

Stacey Kemp, County Clerk

By _____ Deputy

EXHIBIT
4
Maryam 3/4/11

A.    No.  _____

_____.

Q.    What is a sofreh, spelled S-O-F-R-E-H?

A.    It's something you put on the floor, you lay on the floor and you put items on.  It's a cloth or something you put on the floor you put items on.

Q.    For what purpose?

A.    Sofreh can be laid out for the New Year's, for food and for engagement parties.

Q.    Or for weddings?

A.    No.

Q.    Your sworn testimony is it would not be something utilized for weddings or wedding ceremonies?

A.    Not necessarily for a wedding.

Q.    Well, before you said no and now you say not necessarily for a wedding.

A.    No.

Q.    So which is it?

A.    No, it can be -- not for weddings.  It's for an engagement.

(Exhibit 7 marked.)

Q.    (By Mr. Nace)  All right.  So -- and that Exhibit Number 7 is what we're talking about right now with regard to a sofreh, correct?

A.    There's a sofreh, yes.





EXHIBIT

7

Maryam

engagement party.

Dr. Ghaffari -- when was the last time you talked to Dr. Ghaffari?

A.    It's been a very long time.

Q.    When was the last time you spoke with him, ma'am?

A.    Oh, let's see, I -- the last I saw him was at our reception with Roger.

Q.    Okay.  When was the last time you talked to him?

A.    January 19th.  As far as I can remember, it was January 19th --

Q.    Of what year?

A.    -- of 2012.

Q.    What --

A.    Or so -- two thou- -- I'm so sorry, 2013.

Q.    And what did you talk to him on January 13th (sic) of two -- I'm sorry, two thou- -- 2012 or 2013?

A.    2013.

Q.    What did you talk to Dr. Ghaffari about that particular day?

A.    He congratulated me and Roger on getting married.

Q.    With regard to December 12, 2009, did you exchange wedding vows on that particular day?

A.    Wedding vows, no.

Q.    Did you receive any gifts on or before December 12, 2009?

A.    From whom?

MR. NACE:    Objection, nonresponsive.

Q.    (By Mr. Nace)    Did you receive any gifts on or before your ceremony on December 12th, 2009?

A.    I received gifts.

Q.    Roughly how many gifts do you believe you received on December 12th, 2009?

A.    I received a couple of gifts.  I don't remember the actual number.

Q.    Two?

A.    No.

Q.    More?

A.    Yes.

(Exhibit 9 marked.)

Q.    (By Mr. Nace)    I'm going to hand you what's been marked as Exhibit Number 9.

Can you identify that?

A.    Yes.

Q.    That is a picture of you wearing a veil, correct?

A.    Yes.

Q.    Do you have any evidence to support your





you about having spoken with the photographer?

A.   No, he hasn't talked to me.

Q.   And you reside with your parents, correct?

A.   Yes.

Q.   Well, you -- you certainly didn't return the ring or rings to Amir, correct?

A.   From what I remember -- I'm thinking about it right now -- I lost the ring.  I don't --

Q.   Did you make an insurance claim?

A.   -- have it.  No.

Q.   How many rings did you receive from Amir on December 12th, 2009?

A.   One.

Q.   Did you give Amir a ring on December 12, 2009?

A.   Yes.

Q.   Did you-all exchange vows on that particular date?

A.   No.

Q.   So if the video shows that you-all were exchanging vows, would your testimony be false today?

A.   What are vows?  You're talking about wedding vows?  It was an engagement party.

MR. NACE:  Objection, nonresponsive to this witness' continuation of being nonresponsive.

Q.   (By Mr. Nace)  Did you exchange marital vows on

December 12th, 2009, yes or no?

A.   To my knowledge, what a vow is, no.

Q.   Do you understand what a marital vow is?

A.   Yes.

Q.   Where did you reside with Amir during your rough one-year marriage?

MR. CORBITT:   Objection, form.

THE WITNESS:   We lived together in Plano.

Q.   (By Mr. Nace)   Give me the addresses of each place you resided.

A.   I don't remember what the address is.

Q.   Will you be able to locate where you-all resided for each address you maintained with Amir?

A.   Yes.

Q.   Let's go ahead and put in a blank in the transcript, and will you agree to obtain the address for each place you resided with Amir during your approximate one-year relationship?

A.   Yes.   _____

_____.

Q.   Did either you or Amir ever file for divorce?

A.   No.

Q.   Did either you or Amir ever file for an annulment?

A.   No.

Q.   Have you ever passed out anywhere on the floor in your life?

A.   Not to my recollection, no, I haven't.

Q.   Not to your recollection.

Who is Maryam Watson?

A.   I'm sorry, would you say it one -- what's the name?

Q.   Miriam Watson, Ph.D., who is that?

A.   I don't know.

Q.   Who is Dr. Pole, M.D.?

A.   Dr. Pole is the treating psychi- -- psychiatrist at the Seay Center.

Q.   Who is Dr. Hardin?

A.   I don't know.

Q.   Do you recall an address at 21200 Kittridge Street in Woodland Hills, California?

A.   No.

Q.   Did you ever reside in Woodland Hills, California?

A.   I did, yes.

Q.   Do you recall ever living on a street called Kittridge Street?

A.   I don't remember what the name of the street was.

Q.   Who would you have resided with in Woodland

A.    Uh-huh.

Q.    You -- did you also reside at the Legacy Center with Mr. -- with Amir?

A.    Where is the Legacy Center?

Q.    Well, I'm not asking you location, I'm just asking you if you resided together at Legacy Center.

A.    I don't know what the Legacy Center is.

Q.    I'm not asking that question.

      Better put, while here in Texas, you tell me everywhere you resided with Amir.

A.    It was in Plano.

Q.    What's the specific addresses in Plano?

A.    I don't remember what the specific address was.

Q.    Did you-all lease apartments in Plano?

A.    We were living together in Plano.  Yes, it was a leased apartment.

Q.    How many apartments do you recall today that you and Amir leased during your relationship?

A.    Only one.

Q.    And what was the specific location where only one apartment existed between the two of you?

A.    I don't remember the exact address.

Q.    Tell me the cross streets.

A.    It was on -- what's that road, Parkwood -- it

I, MARYAM FARAHMAND, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

_____
MARYAM FARAHMAND

STATE OF Texas )
COUNTY OF Dallas )

Before me, Rose Anne Smith , on this day personally appeared MARYAM FARAHMAND, known to me (or proved to me under oath or through

_____) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 27th day of March , 2014 .

ROSE A. SMITH
Notary Public, State of Texas
My Commission Expires
July 25, 2017

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF Texas

NO. 401-56531-2013

| IN THE MATTER OF | * | IN THE 401ST |
| THE MARRIAGE OF | * | |
| | * | |
| ROGER ARASH FARAHMAND | * | |
| AND | * | JUDICIAL DISTRICT COURT |
| MARYAM FARAHMAND | * | |
| | * | |
| AND IN THE INTEREST OF | * | |
| ███ █ ████████ | * | |
| A MINOR CHILD | * | COLLIN COUNTY, TEXAS |

REPORTER'S CERTIFICATION
DEPOSITION OF MARYAM FARAHMAND
MARCH 4, 2014

I, Pennie Futrell, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, MARYAM FARAHMAND, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on _MARCH 7_____, 2014 to the witness or to the attorney for the witness for examination, signature and return to me by _MARCH 31_____, 2014;

That the amount of time used by each party at the deposition is as follows:

Mr. Richard Corbitt                0 hours   00 minutes

Mr. Bradford Nace                  4 hours   23 minutes

That pursuant to information given to the deposition

officer at the time said testimony was taken, the following includes counsel for all parties of record:

Mr. Bradford Nace, Attorney for Petitioner

Mr. Richard Corbitt, Attorney for Respondent

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Further certification requirements pursuant to Rule 203 of the Texas Rules of Civil Procedure will be certified to after they have occurred.

Certified to by me this 7th day of March, 2014.

PENNIE FUTRELL, CSR No. 4
Expiration Date: 12/31/15
Firm Registration No. 526
Corporate Plaza I, Suite 152
4950 N. O'Connor Road
Irving, Texas 75062
972.719.5000
972.717.3985  (fax)

FURTHER CERTIFICATION UNDER RULE 203 TRCP

The original deposition was/was not returned to the deposition officer on ___April 10, 2014___

If returned, the attached Changes and Signature page contains any changes and the reasons therefor.

If returned, the original deposition was delivered to Mr. Bradford Nace, Custodial Attorney;

That $ 2016.10 is the deposition officer's charges to the Petitioner for preparing the original deposition transcript and any copies of exhibits;

That the deposition was delivered in accordance with Rule 203.3, and that a copy of this certificate was served on all parties shown herein and filed with the Clerk.

Certified to by me this 10 day of April, 2014.

_Pennie Futrell_

PENNIE FUTRELL, CSR No. 4108
Expiration Date: 12/31/15
Firm Registration No. 526
Corporate Plaza I, Suite 152
4950 N. O'Connor Road
Irving, Texas 75062
972.719.5000
972.717.3985 (fax)

Filed: 6/13/2014 2:39:03 PM
Andrea S. Thompson
District Clerk
Collin County, Texas
By Angela Alexander Deputy
Envelope ID: 1537545

*THIS DOCUMENT CONTAINS SENSITIVE INFORMATION.*

## NO. 401-56531-2013

| | | |
|---|---|---|
| A SUIT TO DECLARE VOID THE MARRIAGE OF | § § § | IN THE DISTRICT COURT |
| ROGER ARASH FARAHMAND AND MARYAM FARAHMAND | § § § § | 401ST JUDICIAL DISTRICT |
| AND IN THE INTEREST OF | § § § | |
| ▮▮▮▮▮▮▮ , A MINOR CHILD | § § § | COLLIN COUNTY, TEXAS |

### FOREIGN LANGUAGE TRANSLATION AND AFFIDAVIT

To:     MARYAM FARAHMAND (hereinafter referred to as "Respondent"), by and through her attorneys of record, Robert S. Widner, The Widner Family Group, PLLC, 2911 Turtle Creek Blvd., Suite 405, Dallas, TX 75219, robertwidner@gmail.com; and Dawn M. Grams Horak, Dawn M. Grams P.C., P.O. Box 924, Grapevine, Texas 76099, dgrams@msn.com.

Petitioner, Roger Arash Farahmand, hereby submits an English translation, together with an affidavit certifying that the translation is fair and accurate a copy of which is attached hereto as Exhibit A and incorporated herein as if recited verbatim, of the Farsi portions of the video placed into evidence as "Petitioner's Exhibit 2" at the March 10, 2014, hearing before this Court.

These records will be offered in evidence on the trial of the captioned cause pursuant to Rule 1009(a) of the TEXAS RULES OF EVIDENCE.



EXHIBIT
C

Page 1 of 11

RAF-3RRFP.06.27.14 -001836

Respectfully submitted,

*/s/ Rebecca Tillery*

**IKE VANDEN EYKEL**
State Bar No. 20485500
E-mail: ike@koonsfuller.com
**REBECCA TILLERY**
State Bar No. 24060729
E-mail: tillery@koonsfuller.com
**KOONSFULLER**
**A Professional Corporation**
1717 McKinney Avenue, Suite 1500
Dallas, Texas 75202
(214) 871-2727
(214) 871-0196 Fax

-and-

**Bradford Nace**
State Bar No. 24007726
E-mail: bnace@nacemotley.com
**Nace & Motley, LLC**
100 Crescent Court, 7th Floor
Dallas, Texas 75201
(214) 459-8289
(214) 242-4333 Fax

Attorneys for Roger Arash Farahmand

Foreign Language Translation and Affidavit – Video

## CERTIFICATE OF SERVICE

I certify that on June 13, 2014, a true copy of the above was e-served on attorneys of record by transmitting a copy to the EFSP during e-filing for transmission to the designated email address _or_ by other means set forth in accordance with Rule 21a of the _Texas Rules of Civil Procedure_:

Robert S. Widner
The Widner Family Law Group, PLLC
2911 Turtle Creek Blvd., Suite 405
Dallas, Texas 75219
robertwidner@gmail.com
972.692.8951 (fax)

Dawn M. Grams Horak
Dawn M. Grams, P.C.
P. O. Box 924
Grapevine, Texas 76099
dgrams@msn.com
214-572-6893 (fax)

Diana L. Porter
Diana L. Porter, P.C.
103 E. Virginia Street, Suite 201
McKinney, Texas 75069
dporter@collincountydivorce.com
972-548-2349 (fax)

_/s/ Rebecca Tillery_
**REBECCA TILLERY**
Attorney for Petitioner



# INTERLINGUA USA

**Translations – Interpretations – Private & Group Classes**
16801 Addison Road, Suite 110 - Addison, Texas 75001
Phone: 972 818 3455 - Fax: 972 818 3742
rosa@interlinguausa.com - www.interlinguausa.com

STATE OF TEXAS    )
         )
COUNTY OF DALLAS   )

## CERTIFICATION

I certify that to the best of my knowledge and belief the foregoing is a true and correct rendition into English of the original document in Farsi and that the translator is proficient in both languages. Our File number is TR16825_Petitioner's_Exhibit_2_Cause_No._401-56531-2010/IMOM_Farahmand_English Translation.

Interlingua USA

Joe Hedderich
Marketing Director

STATE OF TEXAS    )
         )
COUNTY OF DALLAS   )

Before me, the undersigned, a Notary Public, on this day personally appeared, Joe Hedderich, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE
This 13th Day of June, 2014.



Rosa Hernandez
Notary Public
My Commission expires 11/25/2016

    

Disclosure: We don't agree or disagree with the contents of this document; we are just providing translation service.

14:43

(Conductor) With the Name of Allah Most Gracious Most Merciful

Praise the Lord that the foundations are laid on the continuity of the roots of conjugal affection and attachment to the headband based Marriage was based on.

Combining family and lives life to the fertile with smiling child who brings happiness and warmth.

Endless greeting to the prophets and servants which encouraged this essential traditions.

Mostly, with endless greeting to our most beloved Prophet, which he declared marriage as one of his traditions

Ms. Maryam Parviz, will you appoint me as your agent and proxy to marry you to Mr. Amir Bagher Kalantary with marriage- portion of one volume of the Holy Book of Quran, with intention of fourteen Saints, fourteen steam of golden flower. Will you give me the power of attorney to marry you?

16:32

Bride is out to pick some flower.

(Laughing)

16:40

(Conductor) My dear Maryam, Ms. Maryam, Are ready to give me the power of attorney to marry you to Mr. Amir Bagher Kalantary, with mentioned marriage-portion.

Are you ready and willing to be with each other for better and worse, for richer or poorer, in sickness and in health?

17:00

The bride is out to get rose water

(Conductor) Ms. Maryam, Are ready to give me the power of attorney to marry you to Mr. Amir Bagher Kalantary, with mentioned marriage-portion.

Are you ready and willing to be with each other for better and worse, for richer or poorer, in sickness and in health?

18:03

(Wife) With my mother and my father permission, yes I do

18:11

(Conductor) Okay Sir, will you give me your power of attorney to..........

18:26

(Husband) With my mother and my father permission and rest of elders, yes I do

18:48

(Conductor) Reading in Arabic

At this time I am pronouncing you legal Husband and wife. I am hoping during your lifetime you always be Happy, joyful, blissful and I am hopping you always have a fulfill of happiness and prosperity in your family.

19:53

Joyful cheer

19:56

Give me a moment....

20:00

I like to read a poem.

20:01

Please, go head

20:03

Please allow me to read a poem from Hafez. Book of Hafez is like Quran to us.

This is Islamic Tradition

This old poem from Hafez is a very beauteous for this moment.

It says:

1- When, in prayer, to me recollection of the curve of Thy eye-brow—came.
(Over me such) a state passed that, into lament, the prayer-arch—came.

2- Clear, became wine; and intoxicated, became the birds of the sward:
The season of being a lover; and to foundation, the work – came.

3- From the world's quarter, I perceive welfare's perfume:
Gladness, the rose brought; and joyous the morning breeze—came.

4- The flowery heart-allurers (the rose, the hyacinth, the sweet basil) all put on jewels (of flowers):
Our heart-ravisher, who is with beauty God-given—came.

22:14

From mother of Maryam for Maryam and Amir

Cheering and clapping.

22:48

From relatives of our beloved Shamssi.

Cheering and clapping.

31:30

End of the first part

31:31

Music and clapping

34:55

Music, dancing and guests singing cherish songs with pre-recorded music.

1:12:20

We have the maid of honor here; it is her sister, with the knife to give to bride and groom.

Amir Khan, I am telling you, the best way to get the knife is CASH, cold hard cash.

Amir, are you listening? (. . . . Everybody talking to each other...)

You try to be handsome but I don't know if it will work.


1:25:56

One two three, eyes on me. Hi, Hi, I am Mahsa and I hope everyone have a great night. I just want to say congratulation to dear Maryam and dear Amir. I honestly could not ask a sister better than you. Beautifully, you always have been for me through thick and thin. I love you so much. And we fight a lot and I took your cloth but, I mean this is what sister does a lot. I mean, I still could borrow your cloth. So . . . . Right? (Woman's voice) you can borrow the wedding dress . . . . What? . . . . . .I can borrow the wedding dress? . . . . . It would be awesome. I am just joking, but honestly, I wish you guy the best in life, happy healthy marriage and . . . . (Man's voice) thank you every body for coming. . . . . (Maha's voice). . . . .Thank all of you for coming. . . . . . . I don't know what to say. . . . . I am speechless. . . . I am . . . . . Because this is the biggest night of my life. . . . . . not really . . . . .it is one of the biggest night of her life! But. . . . you know . . . that's awesome. . . Come here. . . . . Clapping . . . . . . .


1:27:55

I would like to thanks you all my dear friends, which traveled from near and far away to attend this festivity.

Tonight, As you know, we are celebrating the marriage of my daughter my dear Maryam, and dear Amir. Unfortunately, Amir's families are in Iran and they could not attend. At this moment I would like to say hello to them and I hoping to meet them soon and be all together in their wedding.

On behalf of myself and my family, I would like to congratulate to this union and may always be in peace, healthy and being stable.

Thank you and thankful for coming

At the end, I would like to read a vesicle from Hafez:


The star gleamed; and the moon of assembly—became

Of our affrighted heart, the consoler and comforter--became

1:32:43

Hello, Shalom, congratulation to you both, you and Amir. You make a beautiful couple. I just wanted to kind of say since I have known you for quite a while, since you started your PHD, a long time ago, and I helped you a little bit in that lab to get started, that, I think that you are beautiful and intelligent young lady, and I wish you and Amir the most happiest of times, the greatest of time and a wonderful, loving marriage. You've accomplished some of the greatest things that anybody could accomplish. A patted and now you are starting your family, your life and I wish you the very best and keep up with me, with the Zenotch staff. UTS not UT. This fall down. So give me a call. Call me.

1:33:25

Maryam and Amir, congratulation! Best wishes in the future and beautiful wedding, beautiful party. Congratulation.

1:33:30

And your dress was amazing, good choice on that one.

1:33:34

Yes. Great dress and great shoes. Love the shoes.

1:33:37

Love you, congratulations Amir. It was nice to meet you Sir.

1:33:48

Okay Maryam . . . . . Guess what time it is? . . . . . . . it is flip time!

Okay so I hope you have an awesome wedding and I know you did because I was there. And yeah, we are going to go home and we are gonna totally get waste face, again because I have more alchy! And I love you I love Amir and I love everyone. Best of luck.

Guy: Congratulations

Girl: Say something in Farsi

Guy: I don't know that.

Girl: Didn't I teach you well?

Guy: No

Girl: What the douche. I am just kidding. Okay? Love you!


1:34:42

Dear Maryam and dear Amir (. . . . . . . ) wishing you good luck. God willing you would have luck. Have a durable life with lots of energetic babies like this one! Together be sustainable.


1:34:50

I also congratulate, I wish you many years of happiness and success and get old together.


1:35:22

Dear Maryam and dear Amir, wishing you lots of luck. And get old together. Dear Maryam, as you know I always loved you like my own nice. We are having such a good time in your wedding. Everything I did for (. . . . . . .) wedding, I am doing it for you too. I hope you would celebrate your wedding anniversaries and like you, your little kids call me aunty too. I love you and wishing you best of luck.


1:36:19

Dear Maryam and dear Amir, I wish a very very fine life for you. Marriage is not love, it is devotion, it is self-sacrifice, working on issues. I wish you luck. Be successful.


1:37:02

Dear Maryam tonight was such a lovely night also dear Amir, I would like to congratulate you one more time. I wish you luck and I hope you would have a long life together. Thank you for inviting us. We are very happy and we are very thankful. We wish you prosperity and security.

RAF-3RRFP.06.27.14 -001845

**1:37:25**

Myself too. We had a lovely night. For years, It was one of my wishes. We had very good time. We hope next to you, with happiness, you two live together for years to come. Also I would like to thank Mr. Parviz, Shamsi Jan and Mahsa Jan. you worked very hard.

**1:37:14**

Hi Maryam Joon, I just want to say congratulations. We had such a great night tonight and I wish you the best and I love you very much.

**1:38:23**

I want to wish you the best. Have a long and happy life with Amir and I love you very much. And remember Preston wood, when I came to that school and we were playing with ( . . . . . . . . . ) and you probably don't remember that, so that's all and I wish you the best. I love you.

**1:38:42**

End of tape



# The STATE OF TEXAS

## Marriage License

### COUNTY OF COLLIN

To Any Person Authorized by the Laws of the State of Texas
To Celebrate The Rites of Matrimony in the State of Texas.

## GREETING:

### YOU ARE HEREBY AUTHORIZED TO SOLEMNIZE THE

### RITES OF MATRIMONY

Between

**AMIR BAGHERKALANTARI**

and

**MARYAM PARVIZ KHYAVI**

and make due return to the Clerk of the County Court of said County within Thirty days thereafter, certifying your action under this license.

Witness my official signature and seal of office

At office in McKinney, Texas, this,

the 4th day of December 2009

Stacey Kemp. County Clerk

Collin County, Texas

By Patricia Crossthit Deputy

---

I hereby certify that on the 12th day of December 2009.

At 4 O'Clock p M. I united in Marriage the parties above named.

Witness my hand this 12th day of December 2009.



A. Ghafforie
Signature of Person performing Ceremony

ASLAN GHAFFARI
Typed or printed name of person performing ceremony

Marriage performed in

P.H.D in ccomoms  Title of person performing ceremony

Callin County 1633 Piedmont Pl. Carrollton, Texas –  Address of person performing ceremony

Returned and filed for record the _____ day of _____, _____,

and recorded the _____ day of _____, _____ in the

In Document Number

Marriage License Record of Collin County

Stacey Kemp. County Clerk

By _____ Deputy



EXHIBIT

D

Blumberg No. 5208

# Marriage License

15206

AMIR BAGHERKALANTARI

and

MARYAM PARVIZ KHYAVI

Issued the 4th day of December 2009

at 3:28 PM

Stacey Kemp, County Clerk

By _Patricia Counts_ Deputy

Returned and Filed for

Record the —— day

of ——, ——;

Stacey Kemp, County Clerk

By ——, —— Deputy

## Groom

Birthday: 07/05/1981
Place of Birth: Tehran, IRAN

## Bride

Birthday: 11/27/1980
Place of Birth: Tehran, IRAN

Section 2.204 of the Family Code
This license cannot be used prior to:
12/07/2009 3:28 PM

Section 2.201 of the Family Code
Must be used before:
01/04/2010

Section 2.202 of the Family Code
Persons authorized to conduct ceremony.

Printed material distributed as required by
Section 2.009 of the Family Code.

## Return License To

MARYAM PARVIZ KHYAVI
15025 FARMCOTE DR
RICHARDSON, TX 75080

CAUSE NO. 401-56531-2013

IN THE MATTER OF ) IN THE DISTRICT COURT
THE MARRIAGE OF )
)
ROGER ARASH FARAHMAND )
AND ) COLLIN COUNTY, TEXAS
MARYAM FARAHMAND )
)
AND IN THE INTEREST OF )
███ ██████ ████████, )
A MINOR CHILD ) 401ST JUDICIAL DISTRICT

*****************************************************************

ORAL AND VIDEOTAPED DEPOSITION OF
SHAHRBANOO KHANIPOUR
MAY 22, 2014
VOLUME 1

*****************************************************************

ORAL AND VIDEOTAPED DEPOSITION OF SHAHRBANOO KHANIPOUR, produced as a witness at the instance of the Petitioner, and duly sworn, was taken in the above-styled and numbered cause on the 22nd day of May, 2014, from 9:38 a.m. to 11:46 a.m., before Melissa English, CSR, RPR, in and for the State of Texas, reported by machine shorthand, at the Law Offices of Koons, Fuller, Vanden Eykel and Robertson, 1717 McKinney Avenue, Suite 1500, Dallas, Texas 75202, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record or attached hereto.

EXHIBIT
E
Blumberg No. 5208

SHAHRBANOO KHANIPOUR, MAY 22, 2014

                    A P P E A R A N C E S
FOR THE PETITIONER:
     Ms. Rebecca Tillery
     KOONS, FULLER, VANDEN EYKEL & ROBERTSON
     1717 McKinney Avenue
     Suite 1500
     Dallas, Texas  75202
     (214) 871-2727 (tel)
     (214) 871-0196 (fax)
     Tillery@koonsfuller.com

FOR THE RESPONDENT:

     Mr. Bob Widner
     Ms. Shanin Turner
     WIDNER FAMILY LAW GROUP
     2911 Turtle Creek Boulevard
     Suite 405
     Dallas, Texas  75219
     (469) 563-4800 (tel)
     (972) 692-8951 (fax)
     Robertwidner@gmail.com

ALSO PRESENT:

     Mr. Michael Crabtree, Videographer
     Mr. Roger Farahmand
     Ms. Maryam Farahmand

A. Yes.

MR. WIDNER: Objection as to form. You can go ahead and answer.

A. Yes.

Q. (BY MS. TILLERY) Okay. And that was in the Persian New Year in 2009?

A. No. It wasn't Persian New Year. It's a couple months after that. Oh, I'm sorry. This is yours. I'm sorry. I made mistake. No, no. She wasn't there at that time. I made mistake. This is the last question, I made a mistake.

Q. Okay.

A. No, no.

Q. So let me ask the question again.

A. Okay. Go ahead, please.

Q. My question is, did someone invite you to the wedding of Amir and Maryam?

A. Yes.

Q. Who?

A. Shamsi.

Q. Okay. And when?

A. I was included in the marriage at that time.

Q. Okay. You were included in the marriage, but did she send you an invitation?

A. Yes, she did.

Q. Okay. Do you remember when you got it in the mail?

A. It wasn't mailed.

Q. Okay. She just handed it to you?

A. She gave it to me.

Q. Do you remember when she handed it to you?

A. No. It was just for -- because I know everything that's going on in that wedding, so every time -- every day she called me, and she talk about that, what's going on, what we have to do, so because I was -- I was with them any step. That's why she called me.

Q. Okay.

A. I don't know. Maybe one day.

Q. Okay.

A. Not mail.

Q. Did you know Amir before the wedding?

A. No.

Q. Do you know if Amir is a United States citizen?

A. Now or that time?

Q. At that time.

A. No, he wasn't.

Q. Do you know if Amir married Maryam in order to get a Visa to stay here?

MR. WIDNER: Objection as to form.

A. I might -- my belief, yes, but that time, the

other?

A.    I'm sorry?

Q.    Do you know when Maryam met Amir?

A.    Something, I think -- I believe about two, three months before marriage, I think.

Q.    Okay.

A.    Maybe less, even less.

Q.    Okay.  In December of 2009, you went to an event that was Maryam and Amir's wedding, correct?

A.    Uh-huh.  Yes.

Q.    And do you understand that Maryam is now saying it was not a wedding?

A.    Yes.

Q.    Why do you think it was a wedding?

A.    Because it was a wedding.  Everything shows it was a wedding.

Q.    Okay.  You are --

A.    Persian wedding.

Q.    Right.  You are Persian, correct?

A.    Yes.

Q.    Is Maryam Persian?

A.    Yes.

Q.    Is Amir Persian?

A.    Yes.

Q.    Are both of their families Persian?

SHAHRBANOO KHANIPOUR, MAY 22, 2014

Q.    Did Maryam's parents arrange for the party at the place on Arapaho?

A.    Yes.

Q.    Did they have a caterer bring the food in?

A.    I told Shamsi, what they call, the lady who make catering, with catering, I told her about the lady, and she contact with her and she gave order, yes.

Q.    What is her name?

A.    Asam Namate Pour.

Q.    Did Maryam wear a white wetting dress?

A.    Yes, she did.

Q.    Did she have a veil on?

A.    Yes, she did.

Q.    Do you know who asked Dr. Ghaffari to do the wedding?

A.    Shamsi, she told me, because Dr. Ghaffari, he had for my sister, my two sisters and one friend.  I know her. I know that lady, too, and Shamsi told me -- and Shamsi knows Dr. Ghaffari.  And she said, would you, please, tell Dr. Ghaffari to come?  I said, yes, I did, and Mr. Parviz, he called, too.

Q.    Okay.  Did you say that Dr. Ghaffari did the wedding of your two sisters?

A.    Yes.

Q.    And your friend?

A.    Yes.

Q.    What else did you do to help prepare for the wedding?

A.    On wedding day, that -- after they get married, the people start to give them some golds and gift.  Usually the gift is gold, sometimes money, or gift card or something like that in United States, but my country is just money and gold.

Q.    Okay.

A.    And I have the bag, a big bag, and everything the people give it to Maryam, she give it to me.  I hold it for them.

Q.    Okay.  Did you do anything else to help with the wedding?

A.    Yes.  For, what you call, the table, arrangement of table for dinner, I helped because I know Asam.  So she knows me very good.  That's why when she came and she called me, I went there and arranged the table and tell people put here, put there, something like that.

Q.    Okay.  Since you own an alteration store, did you alter Maryam's wedding dress?

A.    Not that time.

Q.    Okay.

        MR. WIDNER:  Objection as to form on that.

Q.    (BY MS. TILLERY) Go ahead.

Q. Who had a written document about the ceremony? Who had the document?

A. Usually the groom and bride has it, but that time, they need some -- they gave it to Dr. Ghaffari. He signed it, and then I think something was wrong or they need more sign, and when they took it, they give it to me because I was -- I can see Doctor more, and she gave it to me to give to Doctor to sign it. I did it. I give it to Dr. Ghaffari, and Dr. Ghaffari said the groom and bride, they came and they take it.

Q. Okay. But you never -- but the document was unsigned that Mr. Ghaffari had?

A. Yes.

Q. Did you ever see a signed document?

A. Yes.

Q. By everybody?

A. Not by everybody. Just her because --

Q. Just Ghaffari?

A. Yes, and my sister, too.

Q. And so, it was an unsigned -- it was an unsigned --

A. Yes.

Q. -- document?

A. It wasn't -- no. He write the name, but I don't know what they needs. I don't know what they needs.

Filed: 10/6/2014 12:51:25 PM
Andrea S. Thompson
District Clerk
Collin County, Texas
By Carla Mahan Deputy
Envelope ID: 2729735

CAUSE NO. 401-56531-2013

| | |
|---|---|
| IN THE MATTER OF | ) IN THE DISTRICT COURT |
| THE MARRIAGE OF | ) |
| | ) |
| ROGER ARASH FARAHMAND | ) |
| AND | ) COLLIN COUNTY, TEXAS |
| MARYAM FARAHMAND | ) |
| | ) |
| AND IN THE INTEREST OF | ) |
| M███████ ██████, | ) |
| A MINOR CHILD | ) 401ST JUDICIAL DISTRICT |

REPORTER'S CERTIFICATION

DEPOSITION OF SHAHRBANOO KHANIPOUR

MAY 22, 2014

I, Melissa English, CSR, RPR, in and for the State of Texas, hereby certify to the following:

That the witness, SHAHRBANOO KHANIPOUR, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on June 9th, 2014; to Ms. Rebecca Tillery, 1717 McKinney Avenue, Suite 1500, Dallas, Texas 75202, for examination, signature and return to me by the 30th day of June 2014;

That the amount of time used by each party at the deposition is as follows:

Ms. Rebecca Tillery.......00 HOURS:56 MINUTES

Mr. Bob Widner...........00 HOURS:47 MINUTES

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes all parties of record:

Ms. Rebecca Tillery, Attorney for Petitioner;

Mr. Bob Widner, Attorney for Respondent.

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Further certification requirements pursuant to Rule 203 of TRCP will be certified to after they have occurred.

Certified to by me this _____9th_____ day of _____June_____, 2014.

_Melissa English_

MELISSA ENGLISH, Texas CSR 8127/Firm No. 216

Expiration Date: 12/31/2014

1205 Main Street

Garland, Texas 75040

(972) 494-2000 (tel)

(972) 494-2269 (fax)

CAUSE NO. 401-56531-2013

| IN THE MATTER OF | ) | IN THE DISTRICT COURT |
| THE MARRIAGE OF | ) | |
| | ) | |
| ROGER ARASH FARAHMAND | ) | |
| AND | ) | COLLIN COUNTY, TEXAS |
| MARYAM FARAHMAND | ) | |
| | ) | |
| AND IN THE INTEREST OF | ) | |
| M███████ ████████, | ) | |
| A MINOR CHILD | ) | 401ST JUDICIAL DISTRICT |

FURTHER CERTIFICATION UNDER RULE 203 TRCP
DEPOSITION OF SHAHRBANOO KHANIPOUR

The original deposition was/was not returned to the deposition officer on the _____ 30th _____ day of June _____, 2014.

If returned, the attached Changes and Signature page contains any changes and the reasons therefor;

If returned, the original deposition was delivered to Rebecca Tillery _____, Custodial Attorney;

That $597.30 is the deposition officer's charges to the Petitioner for preparing the original deposition transcript and any copies of exhibits;

That the deposition was delivered in accordance with Rule 203.3 and that a copy of this certificate was served on all parties shown herein and filed with the Clerk.

Certified to by me this _____ 29th _____ day of August _____, 2014.


_Melissa English_
MELISSA ENGLISH/ Texas CSR 8127/ Firm No. 216
Expiration Date: 12/31/2014
1205 Main Street
Garland, Texas 75040
(972) 494-2000 (tel)
(972) 494-2269 (fax)

**RECORDS REGARDING:** THE FARAHMAND MARRIAGE

**RECORDS FROM:**   DR. ASLAN GHAFFARI - Deposition Only
1356 BENT TREE DRIVE
FRISCO TX 75034
(972) 365-1353

**CAUSE NO.**   401-56531-2013
**COURT:**   IN THE DISTRICT COURT OF
COLLIN COUNTY, TEXAS
401ST JUDICIAL DISTRICT

## *The Farahmand Marriage*

TAXABLE COST: <u>$141.00</u>

**DELIVER TO:**   Ike Vanden Eykel
Koons Fuller P.C.
1717 McKinney Ave., Suite 1500
Dallas, TX 75202
Client Matter No.
Our Ref. # <u>01-53371-001</u>

# *Court Copy*



WRITTEN DEPOSITION SERVICE

1750 Valley View Lane, Suite 210, Dallas, Texas 75234
Phone 972-488-5555 ~ Fax 972-488-5590
www.writtendeposition.com

*"The Service of Excellence"*



EXHIBIT
F

Filed: 4/23/2014 3:29:45 PM
Andrea S. Thompson
District Clerk
Collin County, Texas
By Pam English Deputy

IN THE 401ˢᵗ JUDICIAL DISTRICT COURT COLLIN COUNTY TEXAS

**A SUIT TO DECLARE VOID**
**THE MARRIAGE OF**

**ROGER ARASH FARAHMAND**
**AND**
**MARYAM FARAHMAND**

**AND IN THE INTEREST OF**

████ ████ ████,

**A MINOR CHILD**                                   Case No. 401-56531-2013

## RETURN OF SERVICE

Received on April 21, 2014 at 3:26 PM

I Gary Sherman, being duly sworn, depose and say, I have been duly authorized by the Supreme Court of Texas to serve Citation and other Notices as well as make service of the document(s) listed herein in the above styled case.

That on 04/21/2014 at 5:15 PM, I Personally delivered NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS in English and NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS in Farsi to Aslan Ghaffari at 1356 Bent Tree Drive, Frisco, Texas, 75034.

I am of sound mind, capable of making this Affidavit, and personally acquainted with the facts here in stated. I am an adult over the age of 18 years of age and I am not a party to the suit and have no interest in the outcome of the suit. I have never been convicted of any felony or crime involving moral turpitude and am competent to make this oath. I am able to perform the service of citation, summons, notice, or subpoena promptly and correctly pursuant to the Texas Rules of Civil Procedure, Rule 103. Under penalties of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true and correct and are within my personal knowledge.

_____          Executed on ____4/21/14____

Gary Sherman SCH1117 Expires: 08/31/2014

State of Texas
County of Dallas
Sworn and Subscribed before me, a Notary, given my hand and seal of office this 23rd day of April, 2014.

_____
Notary Public

SHERYL L. FRATUS
Notary Public, State of Texas
My Commission Expires
January 12, 2016

CAUSE NO. 401-56531-2013

| A SUIT TO DECLARE VOID | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| ROGER ARASH FARAHMAND | § | |
| AND | § | |
| MARYAM FARAHMAND | § | 401ST JUDICIAL DISTRICT |
| | § | |
| AND IN THE INTEREST OF | § | |
| ▆▆▆▆▆▆ | § | |
| ▆▆▆▆▆▆ | § | |
| A MINOR CHILD | § | COLLIN COUNTY, TEXAS |

### NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

To:     Dr. Aslan Ghaffari, 1356 Bent Tree Drive, Frisco, Texas, 75034.

To:     Maryam Farahmand, by and through her attorney of record, Richard J. Corbitt, Richard J. Corbitt & Associates, P.C., 6440 N. Central Expressway, Suite 402, Dallas, Texas 75206.

You will take notice that on **May 12, 2014,** that date being after 20 days from the date of service of a copy hereof with attached questions, a Deposition by Written Questions will be taken of the following Witness:

Dr. Aslan Ghaffari
1356 Bent Tree Drive, Frisco, Texas, 75034.

Answers to such questions will be taken before a Notary Public, Certified Court Reporter, or their designated agent, which deposition with attached questions may be used in evidence upon the trial of the above styled and numbered cause pending in the above named court.

Respectfully submitted,

/s/ Rebecca Tillery

IKE VANDEN EYKEL
State Bar No. 20485500
ike@koonsfuller.com
REBECCA TILLERY
State Bar No. 24060729
tillery@koonsfuller.com
KOONSFULLER
A Professional Corporation
1717 McKinney Avenue, Suite 1500
Dallas, Texas 75202
(214) 871-2727

NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS - PAGE 1

(214) 871-0196 Fax
Attorneys for ROGER ARASH FARAHMAND

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on the following attorneys of record via certified mail in accordance with the Texas Rules of Civil Procedure on April 21, 2014:

Bradford Nace
Nace & Motley LLC
100 Crescent Court, 7th Floor
Dallas, TX 75201; and

Richard J. Corbitt
Richard J. Corbitt & Associates, P.C.
6440 N. Central Expressway, Suite 402
Dallas, Texas 75206

*/s/ Rebecca Tillery*

**REBECCA TILLERY**
Attorney for Petitioner

| | | |
|---|---|---|
| A SUIT TO DECLARE VOID<br>THE MARRIAGE OF | §<br>§<br>§ | IN THE DISTRICT COURT |
| ROGER ARASH FARAHMAND<br>AND<br>MARYAM FARAHMAND | §<br>§<br>§<br>§ | 401ST JUDICIAL DISTRICT |
| AND IN THE INTEREST OF<br>███████████,<br>A MINOR CHILD | §<br>§<br>§<br>§<br>§ | COLLIN COUNTY, TEXAS |

## NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

**Written Questions to be Propounded to the Witness:**

Dr. Aslan Ghaffari
1356 Bent Tree Drive, Frisco, Texas, 75034.

1. State your full name, phone number and your complete address.

ANSWER: _Aslan Ghaffari 1356 Bent Tree Dr. Frisco, Texas 75034 Tel: 469-200-8307_

2. Have you ever officiated or conducted a marriage ceremony?

ANSWER: _Yes_

3. How many marriage ceremonies have you officiated or conducted?

ANSWER: _Between 5 - 8_

4. Are you a Shiite Muslim?

ANSWER: _Yes_

5. Under Shiite law, are you authorized to conduct a marriage ceremony?

ANSWER: _Yes_

6. Have you officiated or conducted a Shiite-Persian marriage ceremony?

ANSWER: _Yes_

7. How many Shiite-Persian marriage ceremonies have you officiated or conducted?

ANSWER: _Between 5 - 8_

8. How many Shiite-Persian marriage ceremonies have you officiated or conducted in the United States?

ANSWER: _Between 5-8_

9. How many Shiite-Persian marriage ceremonies have you officiated or conducted outside the United States?

ANSWER: _1_

10. How many Shiite-Persian marriage ceremonies have you attended as a guest?

ANSWER: _More than 100 Plus_

11. Are you familiar with Persian marriage ceremony traditions?

ANSWER: _Yes_

12. What is a "Sofreh"?

ANSWER: _A traditionl Persian arrangement and Symbol of marriage_

13. Please look at Exhibit "A" attached hereto, is this a picture of a "Sofreh"?

ANSWER: _Yes_

14. Does a "Sofreh" typically take place at a Persian marriage ceremony?

ANSWER: _Yes_

15. Have you ever seen a "Sofreh" conducted at an engagement party?

ANSWER: __No__

16. Have you ever seen a "Sofreh" in marriage and wedding ceremonies?

ANSWER: __Yes__

17. Please look at Exhibit "B," is that you sitting officiating or conducting a Shiite-Persian marriage ceremony?

ANSWER: __Yes__

18. Please look at Exhibit "B," do you recognize the two seated individuals as Maryam Parviz Khyavi and Amir Bagherkalantari?

ANSWER: __Yes__

19. Please look at Exhibit "B," why does the two seated individuals have a Quran in front of them?

ANSWER: __Because it is part of Marriage Ceremony__

20. Looking at Exhibit "C," is that you in the picture with Maryam Parviz Khyavi and Amir Bagherkalantari?

ANSWER: __Yes__

21. Did you officiate or conduct Marayam Parviz Khyavi and Amir Bagherkalantari's wedding ceremony?

ANSWER: __Yes__

22. Were you the "Concluder" of this marriage?

ANSWER: __Yes__

23. Do Exhibits "A", "B", and "C" appear to be true and correct images from the wedding of Maryam Parviz Khyavi and Amir Bagherkalantari?

ANSWER: Yes

24. In your opinion, was this a Wedding Ceremony?

ANSWER: Yes

25. In your opinion, was this an Iranian Wedding Ceremony?

ANSWER: Yes

26. In your opinion, was this a wedding?

ANSWER: Yes

27. In your opinion, were you there for a wedding?

ANSWER: Yes

28. Did that wedding take place on or about December 2009?

ANSWER: Yes

29. Did your wife also attend Maryam Parviz Khyavi and Amir Bagherkalantari's wedding ceremony?

ANSWER: Yes

30. Does your wife have knowledge of what occurred at Maryam Parviz Khyavi and Amir Bagherkalantari's wedding?

ANSWER: Yes

31. Has your Wife attended other wedding ceremonies you've conducted or officiated? If so, how many has she attended?

ANSWER: _Yes   all of them_

32. Please state who else attended Maryam Parviz Khyavi and Amir Bagherkalantari's wedding that you knew?

ANSWER: _My wife , Mehrnaz Ghaffori', Mahnaz Khanipour and others Whom with I don't recall their names_

33. Is it customary in an engagement, to "conclude" a marriage contract, and still call it an engagement?

ANSWER: _No_

34. Is it true, in the Muslim Shiite Religion, a marriage "concluder" could be any Muslim person accompanied with two witnesses? And there is no need to obtain any special and official permit?

ANSWER: _yes_

35. Were you ever told that this was an engagement party? If so, by whom and when?

ANSWER: _No_

36. Please look at Exhibit "D," do you recognize this document as a copy of the marriage license of Marayam Parviz Khyavi and Amir Bagherkalantari?

ANSWER: _Yes_

37. Does Exhibit "D" appear to be a true and correct copy of the marriage license of Marayam Parviz Khyavi and Amir Bagherkalantari?

ANSWER: _Yes_

38. Do you recognize your signature on this marriage license?

ANSWER: _Yes_

39. Does Exhibit "D" appear to be in substantially the same condition as when you saw it on December 12, 2009?

ANSWER: _Yes_

40. Did you know Marayam Parviz Khyavi prior to her wedding to Amir Bagherkalantari? If so, please describe your relationship with Marayam.

ANSWER: _Yes , Maryam's Parents were my frineds_

41. Did you know Marayam Parviz Khyavi's Mother, Shamsi Damavandi, also known as Shamsi Parviz, prior to her wedding to Amir Bagherkalantari? If so, please describe your relationship with Shamsi.

ANSWER: _Yes Shamsi was a friend_

42. Has Marayam Parviz Khyavi attempted to contact you within the last year? If so, please describe the reason, who was present during the discussion, and what she spoke to you about.

ANSWER: _No_

43. Has Marayam Parviz Khyavi's Mother, Shamsi Damavandi, also known as Shamsi Parviz, attempted to contact you within the last year? If so, please describe the reason, who was present during the discussion, and what she spoke to you about.

ANSWER: _No_

44. Has Marayam Parviz Khyavi's Father, Bahman Parviz Khyavi, attempted to contact you within the last year? If so, please describe the reason, who was present during the discussion, and what he spoke to you about.

ANSWER: _Yes . he leff a message on 3-8 -2014 on my home Answering and he wanted to discus a matter with me, and asked me to contact him , I did not call him back._

45. Has anyone in Marayam Parviz Khyavi's family attempted to contact you within the last year? If so, please state the name of the person, describe his/her reason for contacting you, who was present during the discussion, and what he/she spoke to you about.

ANSWER: No Yes Mr Parviz called on 3-9-14 to say hello and his wife talked to my wife

46. Has anyone contacted you to discuss the wedding of Maryam Parviz Khyavi and Amir Bagherkalantari within the last year? If so, please state the name of the person, describe his/her reason for contacting you, who was present during the discussion, and what he/she spoke to you about.

ANSWER: No

47. Did Fadeyeh Ghadamipour call your house on or about March 3, 2014? If so, please describe her reason for contacting you and what she spoke to you about.

ANSWER: Yes But did not leave a message

48. In the past year, have any relatives or any family members of Maryam Parviz Khyavi ever contacted you asking you to say the ceremony which has been conducted by you was only an engagement ceremony and not a marriage and wedding ceremony?

ANSWER: No

49. Has Fadeyeh Ghadamipour ever called you before? If so, please state when and describe her reason for contacting you and what she spoke to you about.

ANSWER: Yes She calls occationolly to say hello.

50. Prior to Fadeyeh Ghadamipour call to you, did you know who she was?

ANSWER: Yes

51. Do you know why Fadeyeh Ghadmipour called you?

ANSWER: No

52. Please see Exhibit "E", in your opinion, is this typical wedding attire for a wedding?

ANSWER: Yes

53. In your opinion, was Maryam Parviz Khyavi wearing a wedding dress in Exhibit "E"?

ANSWER: Yes

54. How many Shiite-Persian engagement parties have you attended?

ANSWER: about 5

55. At the engagement parties you've attended, has anyone ever worn a wedding dress to the engagement party?

ANSWER: No

56. Did you marry and attend the wedding of Marayam Parviz Khyavi and Amir Bagherkalantari on December 12, 2009?

ANSWER: Yes

I, ___Aslan  Ghaffari___ (Witness), do hereby swear or affirm that my answers to the above questions are the truth, the whole truth and nothing but the truth, so help me God.

___A. Ghaffar___
SIGNATURE OF WITNESS

I, ___Tom P. Eaton___, a Notary Public in the State of Texas, do hereby certify that the foregoing answers of the witness was duly sworn and the non-stenographic recording of this Written Deposition is a true record of the Witness testimony.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the ___12th___ day of ___May___, 2014.

___Tom P. Eaton___
SIGNATURE OF NOTARY PUBLIC FOR THE STATE OF TEXAS

___Tom P. Eaton___
NAME OF NOTARY PUBLIC TYPED OR PRINTED

My Commission expires ___2-27-18___

TOM P. EATON
Notary Public, State of Texas
My Commission Expires
02/27/2018

NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS - PAGE 11







EXHIBIT C



The STATE OF TEXAS

# Marriage License

COUNTY OF

## COLLIN

*To Any Person Authorized by the Laws of the State of Texas*
*To Celebrate The Rites of Matrimony in the State of Texas.*

### GREETING:

### YOU ARE HEREBY AUTHORIZED TO SOLEMNIZE THE

### RITES OF MATRIMONY

*Between*

**AMIR BAGHERKALANTARI**

*and*

**MARYAM PARVIZ KHYAVI**

*and make due return to the Clerk of the County Court of said County within*

*Thirty days thereafter, certifying your action under this license.*

*Witness my official signature and seal of office*

*At office in McKinney, Texas, this,*

*the 4th day of December 2009*

*Stacey Kemp, County Clerk*

*Collin County, Texas*

*By Patricia Crosswhite Deputy*

*I hereby certify that on the* 12th *day of* December 20 09.
*At* 4 *O'Clock* P *M. I united in Marriage the parties above named.*

Witness *my hand this* 12th *day of* December 2009.

A. Ghafforie

Signature of Person performing Ceremony

ASLAN GHAFFARI

Typed or printed name of person performing ceremony

*Marriage performed in*

P.H.D in ecomomi    Title of person performing ceremony

Callin *County* 1633 Piedmont Pl. Carrollton, Texas –

Address of person performing ceremony

*Returned and filed for record the* _____ *day of* _____, _____,

*and recorded the* _____ *day of* _____, _____ *in the*

*In Document Number*    *Marriage License Record of Collin County*

*Stacey Kemp, County Clerk*

*By* _____ *Deputy*



EXHIBIT

D



EXHIBIT
E

15206

# Marriage License

AMIR BAGHERKALANTARI

and

MARYAM PARVIZ KHYAVI

Issued the 4th day of December 2009

at 3:28 PM

Stacey Kemp, County Clerk

By [signature] Deputy

Returned and Filed for

Record the ____ day

of ____

Stacey Kemp, County Clerk

By ____ Deputy

### Groom

Birthday: 07/05/1981
Place of Birth: Tehran, IRAN

### Bride

Birthday: 11/27/1980
Place of Birth: Tehran, IRAN

Section 2.204 of the Family Code
This license cannot be used prior to:
12/07/2009 3:28 PM

Section 2.201 of the Family Code
Must be used before:
01/04/2010

Section 2.202 of the Family Code
Persons authorized to conduct ceremony.

Printed material distributed as required by
Section 2.009 of the Family Code.

Return License To
MARYAM PARVIZ KHYAVI
15025 FARMCOTE DR
RICHARDSON, TX 75080

**در دادگاه محلی حوزه ٤٠١ کالن کانتی**

**درخواست اعلامیه باطل بودن ازدواج راجر آرش فرهمند و مریم فرهمند ودر حفظ منافع میسون جان جان یك کودك خردسال**

## اطلاعیه به منظور أخذ و دریافت ورقه استشهاد نامه

به: دکتر أصلان غفاری ١٣٥٦ خیابان بنت تربی، فریسکو تگزاس ٧٥٠٣٤
به: مریم فرهمند، بوسیله و از طریق وکیل ثبت شده ایشان، ریچارد جی کوربیت، ریچارد کوربیت و همکاران
٦٤٤٠ نورث سنترال اکسپرس وی، شماره ٤٠٢ دالاس تگزاس ٧٥٢٠٦

مطلع باشید که در تاریخ _____ ٢٠١٤ که بیش از ٢٠ روز پس از دریافت این اطلاعیه و سوالات ضمیمه شده می باشد، استشهاد نامه شاهد نامبرده دریافت خواهد گشت:

دکتر اصلان غفاری
١٣٥٦ خیابان بنت تربی، فریسکو تگزاس ٧٥٠٣٤

پاسخ به سوالات ضمیمه شده در حضور دفتر اسناد رسمی، منشی رسمی دادگاه و یا نماینده یی از ایشان دریافت خواهد گشت و هر گونه پاسخ به این سئوالات میتواند به عنوان مدرک در محاکمه این پرونده در دادگاه نامبرده استفاده گردد.

با تقدیم احترام
ربکا تیلری

**آیك وندن ایکل**
شماره وکالت ٢٠٤٨٥٥٠٠
ike@koonsfuller.com
**ربکا تیلری**
شماره وکالت ٢٤٠٦٠٧٢٩
tillery@koonsfuller.com
**کونس فیولر**
**یك شرکت حرفه ایی**
١٧١٧ خیابان مکینی شماره ١٥٠٠
دالاس، تگزاس ٧٥٢٠٢
(٢١٤) ٨٧١_٢٧٢٧

شماره فکس ٨٧١_٠١٩٦ (٢١٤)
وکلای راجر آرش فرهمند

<u>گواهینامه خدمات</u>

در تاریخ _____ ٢٠١٤ طبق قوانین دادرسی مدنی تگزاس گواهی میدهم که یک نسخه صحیح و کامل از این مدرک به وکلای ثبت شده ذیربط بوسیله پست سفارشی دو قبضه ارسال گردید:

برد فورد نیس
دفتر حقوقی نیس و ماتلی
١٠٠ کرسنت کورت طبقه هفتم
دالاس، تگزاس ٧٥٢٠١ و

ریچارد جی کوربیت
ریچارد کوربیت و همکاران
٦٤٤٠ نورث سنترال اکسپرس وی شماره ٤٠٢
دالاس تگزاس ٧٥٢٠٦

ربکا تیلری
وکیل دادخواه

در دادگاه محلی حوزه ٤٠١ کالن کانتی

درخواست اعلامیه باطل بودن ازدواج راجر آرش فرهمند و مریم فرهمند ودر حفظ منافع میسون جان جان یك كودك خردسال

## اطلاعیه به منظور أخذ و دریافت ورقه استشهاد نامه

نوشته سوالات مطرح شده به شاهد:

دکتر اصلان غفاری
١٣٥٦ خیابان بنت تری، فریسکو تگزاس ٧٥٠٣٤

١ـ نام کامل خود، شماره تلفن و ادرس کامل را اعلام نمائید.

جواب: اصلان غفاری ١٣٥٦ Bent Tree Dr. Frisco tx 75034

469-200-8307

٢ـ أیا تا کنون مراسم عقد و ازدواج ایرانی را اجرا و اداره کرده اید؟

جواب: بله اجرا کردم

٣ـ تا کنون، چندین مراسم عقد و ازدواج ایرانی انجام داده اید؟

جواب: تقریباً ٨

٤ـ ایا شما مسلمان شیعه هستید؟

جواب: بلم

٥ـ طبق قوانین مذهب شیعه، آیا شما اجازه (مجاز) به جاری کردن صیغه عقد و ازدواج هستید؟

جواب: _بله برزبان و با لفظ با حضور دوشاهد می آیند صیغه عقد را جاری کنند_

٦ـ آیا شما مراسم عقد و ازدواج شیعی-پارسی (ایرانی) را اداره و اجرا نموده اید؟

جواب: _بله اجرای کنم_

٧ـ چه تعداد عقد و ازدواج شیعی-پارسی(ایرانی) را اداره و اجرا نموده اید؟

جواب: _۵ تا ۸ تا اجرا کرده ام_

٨ـ چه تعداد عقد وازدواج شیعی- پارسی(ایرانی) را در ایالات متحده امریکا اداره و اجرا نموده اید؟

جواب: _۵ تا ۸ تا_

٩ـ ـ چه تعداد عقد و ازدواج شیعی- پارسی(ایرانی) را در خارج از ایالات متحده امریکا اداره و اجرا نموده اید؟

جواب: _یک_

١٠- در چه تعداد مراسم عقد و ازدواج شیعی-پارسی(ایرانی)، بعنوان میهمان حضور داشته اید؟

جواب: ــــــــــ بیش از یکصد ــــــــــ

١١- آیا شما با سنت های مراسم عقد و ازدواج پارسی(ایرانی) و شیعه مسلمان آشنایی دارید؟

جواب: ــــــــــ بله ــــــــــ

١٢- "سفره" عقد و ازدواج چیست؟

جواب: یک رسم سنتی شیعه ای برای ازدواج

١٣- لطفاً به مدرک ضمیمه شده "A" نگاه کنید، آیا این عکسی از یک "سفره" عقد و ازدواج شیعه اسلامی است؟

جواب: بله سفره عقد ازدواج

١٤- آیا معمولا در یک مراسم عقد و ازدواج پارسی (ایرانی) "سفره" عقد و ازدواج بر پا میگردد؟

جواب: بله

۱۵ـ آیا در مراسم نامزدی، سفره عقد و ازدواج می اندازند؟

جواب:  ژه

۱۶ـ آیا شما تا بحال در مراسم نامزدی، سفره عقد و ازدواج دیده اید؟

جواب:  ژه

۱۷ـ لطفا به مدرك ضمیمه شده "B" نگاه كنید، آیا این شما هستید كه مراسم عقد و ازدواج شیعی‌پارسی(ایرانی) را اداره و اجرا می نمایید؟

جواب:  بله

۱۸ـ لطفا به مدرك ضمیمه شده "B" نگاه كنید، آیا شما این دو فرد نشسته به اسامی مریم پرویز خیاوی و امیر باقرکلانتری را تشخیص میدهید؟

جواب:  بله

۱۹ـ لطفا به مدرک ضمیمه شده "B" نگاه کنید، به چه دلیل در سر سفره عقد و ازدواج مقابل دو فرد نشسته شده، قرآن قرار دارد؟

جواب: ــــــــ سنت ازدواج مسلمانی ایرانی است ــــــ

ــــــــــــــــــــــــــــــــــــــــــــــــ

ــــــــــــــــــــــــــــــــــــــــــــــــ

۲۰ـ لطفا به مدرک ضمیمه شده "C" نگاه کنید، آیا در این عکس شما با مریم پرویز خیاوی و امیر باقرکلانتری هستید؟

جواب: ــــــ بله ــــــــــــــــــــــ

ــــــــــــــــــــــــــــــــــــــــــــــــ

ــــــــــــــــــــــــــــــــــــــــــــــــ

۲۱ـ آیا شما مراسم عقد وعروسی و ازدواج مریم پرویز خیاوی و امیر باقرکلانتری را اجرا نمودید؟

جواب: ــــــ بله ــــــــــــــــــــــ

ــــــــــــــــــــــــــــــــــــــــــــــــ

ــــــــــــــــــــــــــــــــــــــــــــــــ

۲۲ـ آیا شما عاقد این ازدواج بوده اید؟

جواب: ــــــ بله ــــــــــــــــــــــ

ــــــــــــــــــــــــــــــــــــــــــــــــ

ــــــــــــــــــــــــــــــــــــــــــــــــ

۲۳ـ آیا مدارک ضمیمه شده "A"، "B" و "C" بنظر می آید که عکسهایی درست و حقیقی از مراسم عقد وعروسی مریم پرویز خیاوی و امیر باقرکلانتری است؟

جواب: ــــــ بله ــــــــــــــــــــــ

ــــــــــــــــــــــــــــــــــــــــــــــــ

ــــــــــــــــــــــــــــــــــــــــــــــــ

۲٤ـ به نظر شما، ایا این یك مجلس ازدواج بود؟

جواب: بلی

۲٥ـ به نظر شما، این مراسم ازدواج وعقد ایرانی است؟

جواب: بلی

۲٦ـبه نظر شما، این یك عروسی بود؟

جواب: بلی

۲۷ـ ایا به نظر شما، شما در یك مراسم جشن ازدواج و عروسی بوده اید؟

جواب: بلی

۲۸ـ آیا این مراسم عروسی و ازدواج در و یا در حوالی ماه دسامبر ۲۰۰۹ بوده است؟

جواب: بلی

۲۹ـ آیا همسرتان هم در مراسم عروسی مریم پرویز خیاوی و امیر باقرکلانتری حضور داشته اند؟

جواب: بله
_____

_____

۳۰ـ آیا همسر شما واقف بود که در مراسم جشن ازدواج و عروسی مریم پرویز خیاوی و امیر باقرکلانتری شرکت کرده اند؟

جواب: بله
_____

_____

۳۱ـ آیا همسرشما در مراسمهای عروسی دیگری که شما عاقد آن بوده اید حضور داشته اند؟ اگر چنین است، به چه تعداد.

جواب: بله در تمام آنها
_____

۳۲ـ لطفا بگویید چه افراد دیگری که شما آنها را میشناختید نیز در مراسم ازدواج مریم پرویز خیاوی و امیر باقرکلانتری شرکت داشته اند؟

جواب: همسرم ـ مهرناز غفاری ـ مهناز خدائی پور و اکثری دیگری که نامشان را بخاطر ندارم
_____

۳۳ـ آیا تا به حال به شما گفته شده بود که این یک مراسم نامزدی است و نه یک ازدواج؟ اگر چنین است توسط چه شخصی و چه هنگامی.

جواب: نه
_____

_____

۳٤ـ آیا مرسوم است در جشن نامزدی صیغه عقد جاری شود و نامزدی خوانده شود؟

جواب: نه
_____
_____
_____

۳٥ـ آیا این درست است که در مذهب شیعه اسلامی، عاقد می تواند هر فرد مسلمان و دو شاهد باشد؟ و احتیاج به اجازه رسمی دارد؟

جواب: بله
_____
_____
_____

۳٦ـ لطفاً به مدرك ضمیمه شده "D" نگاه کنید، ایا میتوانید تشخیص بدهید که این یك نسخه از سند ازدواج مریم پرویز خیاوی و امیر باقرکلانتری می باشد؟

جواب: بله
_____
_____

۳۷ـ ایا به نظر میرسد که مدرك ضمیمه شده "D" یك نسخه درست و صحیح از سند ازدواج مریم پرویز خیاوی و امیر باقرکلانتری است؟

جواب: بله
_____
_____

۳۸ـ آیا امضای خود را بر روی این سند ازدواج تشخیص میدهید؟

جواب: بله
_____

۳۹ـ آیا مدرک ضمیمه شده "D" در همان شرایطی است که در ۱۲ دسامبر ۲۰۰۹ دیده بودید؟

جواب: بلی

۴۰ـ آیا شما مریم پرویز خیاوی را قبل از ازدواجش با امیر باقرکلانتری میشناختید؟ اگر چنین است، لطفأ آشنایتان را با مریم شرح دهید.

جواب: بلی فقط مریم از طرف حنا زاده بود

۴۱ـ آیا شما مادر مریم پرویز خیاوی، شمسی دماوندی، همچنین شناخته شده به عنوان شمسی پرویز، را قبل از مراسم ازدواج وعروسی با امیر باقرکلانتری میشناختید؟ اگر چنین است، لطفأ آشنایتان را با شمسی توضیح دهید.

جواب: بلی شمسی را میشناختم

۴۲ـ آیا در طول سال گذشته، مریم پرویز خیاوی تلاش وقصدی برای تماس با شما داشته؟ اگر چنین بوده، لطفأ دلیلش را توضیح دهید، چه شخصی در این تماس حضور داشته، و در چه مواردی او با شما صحبت کرده.

جواب: نه

۴۳ـ آیا در طول سال گذشته، مادر مریم پرویز خیاوی، شمسی دماوندی، همچنین شناخته شده به عنوان شمسی پرویز، تلاش وقصدی برای تماس با شما داشته؟ اگر چنین بوده، لطفأ دلیلش را توضیح دهید، چه شخصی در این تماس حضور داشته، و در چه مواردی او با شما صحبت کرده.

جواب: نه

٤٤- آیا در طول سال گذشته، پدر مریم پرویز خیاوی، بهمن پرویز خیاوی، تلاش وقصدی برای تماس با شما داشته؟ اگر چنین بوده، لطفا دلیلش را توضیح دهید، چه شخصی در این تماس حضور داشته، و در چه مواردی او با شما صحبت کرده.

جواب: بله در روز ۸ مارچ ۲۰۱۴ پیام گذاشته که موارست با من صحبت کند ولی جواب تلفن را بگذاردم

٤٥- آیا در طول سال گذشته، افرادی از خویشاوندان مریم پرویز خیاوی، تلاش وقصدی برای تماس با شما داشته اند؟ اگر چنین بوده، لطفا اسمشان را نام برده، دلیل تماس شان با شما را توضیح دهید، چه شخصی در این تماس حضور داشته، و در چه مواردی او با شما صحبت کرده.

جواب: بله روز بعد روز ۱۰ مارچ ۲۰۱۴ یک گرفت برای احوال پرسی . خانم پروین یکوستہ خانم من صحبت کرد . صحبت کرد با پروانه از پروانه

٤٦- آیا در طول سال گذشته، اشخاصی در مورد عروسی مریم پرویز خیاوی و امیر باقرکلانتری، تلاش و قصدی برای تماس با شما داشته؟ اگر چنین بوده، لطفا اسمشان را نام برده، دلیل تماس شان با شما را توضیح دهید، چه شخصی در این تماس حضور داشته،و در چه مواردی او با شما صحبت کرده.

جواب: نه

٤٧- آیا در حوالی و یا در ۳ مارچ ۲۰۱۴ فادیه قدمپور با منزل شما تماس داشته؟ اگر چنین بود، لطفا دلیل تماس ایشان و مورد صحبت ایشان را توضیح دهید.

جواب: بله تلفن کرد ولی پیامی نگذاشته است .

٤٨ـ آيا تا بحال فاديه قدميپور با شما تماس قبلی داشته؟ اگر چنين بوده، لطفأ توضيح دهيد علت تماس چه بوده و در چه مواردی صحبت كرديد.

جواب: بله احوالپرسی

٤٩ـ آيا در طول سال گذشته افرادی از خويشاوندان و دوستان خانواده مريم پرويز خياوی، با شما تماس داشته واز شما خواسته اند كه بگوئيد جشن عروسی نبوده و نامزدی بوده است؟

جواب: نه

٥٠ـ آيا شما فاديه قدميپور را قبل از تماسشان با شما ميشناختيد؟

جواب: بله

٥١ـ آيا علت تماس فاديه قدميپور به شما را ميدانيد؟

جواب: نه

٥٢ـ لطفأ مدرك ضميمه شده "E" را نگاه كنيد، به نظر شما آيا اين يك لباس عروسی برای عروسی است و يا نامزدی؟

جواب: لباس عروسی

۵۳ـ به نظر شما لباسی که مریم پرویز خیاوی در مدرک ضمیمه شده "E" به تن دارد یک لباس مراسم ازدواج است؟

جواب: بلم
_____
_____
_____

۵٤ـ در چه تعداد جشنهای نامزدی شیعی-پارسی (ایرانی) شرکت داشته اید؟

جواب: تقریبا ۵ تا
_____
_____
_____

۵۵ـ در جشنهای نامزدی که تا بحال شرکت داشته اید آیا تا بحال شخصی با لباس عروسی شرکت کرده؟

جواب: نه
_____
_____
_____

۵٦ـ آیا شما مریم پرویز خیاوی وامیر باقرکلانتری را به عقد ازدواج در آورده و در مراسم عروسیشان حضور داشته اید؟

جواب: بلم
_____
_____
_____

من _____احمد ان غفاری_____ (شاهد) قسم خورده و شهادت میدهم که پاسخ های من به پرسشهای فوق حقیقت، کل حقیقت بوده و چیزی جز حقیقت نبوده، بنابراین خداوند کمکم کند.

_____احمد ان غفاری_____

امضای شاهد

I, _____Tom P. Eaton_____, a Notary Public in the State of Texas, do hereby certify that the foregoing answers of the witness was duly sworn and the non-stenographic recording of this Written Deposition is a true record of the Witness testimony.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the 12th day of May ,2014

_____
SIGNATURE OF NOTARY PUBLIC FOR THE STATE OF TEXAS

_____
NAME OF NOTARY PUBLIC TYPED OR PRINTED

My Commission expires_____2. 27 · 18_____

TOM P. EATON
Notary Public, State of Texas
My Commission Expires
02/27/2018





EXHIBIT B





# The STATE OF TEXAS
## Marriage License
### COUNTY OF COLLIN

To Any Person Authorized by the Laws of the State of Texas
To Celebrate The Rites of Matrimony in the State of Texas.

## GREETING:

### YOU ARE HEREBY AUTHORIZED TO SOLEMNIZE THE

## RITES OF MATRIMONY

Between

*AMIR BAGHERKALANTARI*

and

*MARYAM PARVIZ KHYAVI*

and make due return to the Clerk of the County Court of said County within Thirty days thereafter, certifying your action under this license.

Witness my official signature and seal of office

At office in McKinney, Texas, this,

the 4th day of December 2009

Stacey Kemp, County Clerk

Collin County, Texas

By *Patricia Crosswhite* Deputy

---

I hereby certify that on the 12th day of December 2009.

At 4 O'Clock P. M. I united in Marriage the parties above named.

Witness my hand this 12th day of December 2009.

*A. Ghafforie*
<span style="float:right">Signature of Person performing Ceremony</span>

ASLAN GHAFFARI
<span style="float:right">Typed or printed name of person performing ceremony</span>

Marriage performed in

P.H.D in economi
<span style="float:right">Title of person performing ceremony</span>

Callin County, 1633 Piedmont Pl. Carrollton, Texas -
<span style="float:right">Address of person performing ceremony</span>

Returned and filed for record the _____ day of _____, ____,

and recorded the _____ day of _____, ____ in the

In Document Number _____  Marriage License Record of Collin County

Stacey Kemp, County Clerk

By _____ Deputy



EXHIBIT
D

15208

# Marriage License

AMIR BAGHERKALANTARI

and

MARYAM PARVIZ KHYAVI

Issued the 4th day of December 2009

at 3:28 PM

Stacey Kemp, County Clerk

By _Patricia Gonzales_ Deputy

Returned and Filed for

Record the —— day

of ——,

Stacey Kemp, County Clerk

By ———— Deputy

## Groom

Birthday: 07/05/1981
Place of Birth: Tehran, IRAN

## Bride

Birthday: 11/27/1980
Place of Birth: Tehran, IRAN

Section 2.204 of the Family Code
This license cannot be used prior to:
12/07/2009  3:28 PM

Section 2.201 of the Family Code
Must be used before:
01/04/2010

Section 2.202 of the Family Code
Persons authorized to conduct ceremony.

Printed material distributed as required by
Section 2.009 of the Family Code.

## Return License To

MARYAM PARVIZ KHYAVI
15025 FARMCOTE DR
RICHARDSON, TX 75080



EXHIBIT

E

# Written Deposition Service, LLC
## 1750 Valley View Lane, Suite 210
## Dallas, Texas 75234

==============================================================================

Telephone (972) 488-5555 ~ Facsimile (972) 488-5590 ~ (800) 346-4405
Sheila.Lazzara@writtendeposition.com ~ www.writtendeposition.com

Cause No. 401-56531-2013

| | | |
|---|---|---|
| A Suit to Declare Void the Marriage of | § | IN THE DISTRICT COURT OF |
| ROGER ARASH FARAHMAND | § | |
| And | § | |
| MARYAM FARAHMAND | § | COLLIN COUNTY, TEXAS |
| And in the Interest of | § | |
| ████████████████████████, | § | |
| A Minor Child | § | 401ST JUDICIAL DISTRICT |

## CERTIFICATION
### Rule 203

**RECORDS FROM: DR. ASLAN GHAFFARI- (Deposition Only)**
**Our Ref #:. 01-53371-001**

**WITNESS:** Aslan Ghaffari
**ADDRESS:** 1356 Bent Tree Dr. Frisco,TX 75034

On **5·12·14** a Written Deposition from the above named individual pertaining to **THE FARAHMAND MARRIAGE** was obtained. The above named witness was duly sworn by, **Tom P. Eaton**, a notary public and the non-stenographic recording of the written deposition is a true record of the witness' testimony.

The taxable cost to be paid by **Ike Vanden Eykel**, TBA #20485500; attorney for **Roger Arash Farahmand**, is **$141.00**. This charge is for the preparation of the completed documents.
The original deposition was hand delivered on **5·16·14** to:

> Ike Vanden Eykel
> Koons Fuller P.C.
> 1717 McKinney Ave., Suite 1500
> Dallas, TX 75202

A copy of this certificate was served on all parties pursuant to TRCP Rule 21 (a) by ____certified mail, postage prepaid, ____hand delivered or _✓_ by telephone document transfer to the following:

> Richard J. Corbitt, Attorney For Respondent
> Brad Nace

Pursuant to Texas Rules of Civil Procedure 203, I, the undersigned Notary Public in and for the State of Texas do hereby certify the above to be true as stated.

Given under my hand and seal of office, this __16__ day of **May**, 20**14**.

_____
**NOTARY PUBLIC IN THE STATE OF TEXAS**

Teresa Martinez
Commission Expires
01-19-2016

REPORTER'S RECORD

VOLUME 1 OF 1 VOLUME

TRIAL COURT CAUSE NO. 401-56531-2013

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF ROGER ARASH FARAHMAND AND MARYAM FARAHMAND | ) ) ) ) ) ) | IN THE DISTRICT COURT COLLIN COUNTY, TEXAS |
| AND IN THE INTEREST OF ▓▓▓▓▓▓▓▓ | ) ) ) | 401st JUDICIAL DISTRICT |

**HEARING**

On the 10th day of March, 2014, the following proceedings came on to be held in the above-titled and numbered cause before the Honorable Mark J. Rusch, Judge Presiding, held in McKinney, Collin County, Texas.

Proceedings reported by computerized machine shorthand.

Kimberly Tinsley, CSR #3611
(972) 548-4247



EXHIBIT
G

                          **APPEARANCES**

Bradford Winston Nace      SBOT NO. 24007726
Attorney at Law
100 Crescent Court
7th Floor
Dallas, TX   75201
Telephone:   (214)459-8289

          *Attorney for Petitioner Roger Farahmand*

Richard J. Corbitt         SBOT NO. 04817000
Attorney At Law
6440 N. Central Expwy.
Suite 402
Dallas, TX   75208
Telephone:   (214)744-1234

          *Attorney for Respondent Maryam Farahmand*

VOLUME 1

**HEARING**

*March 10, 2014*                                        *PAGE*    *VOL*

Proceedings begin  ............................5    1

*Witness Direct   Cross   Voir Dire*
ASLAN GHAFFARI
    By Mr. Nace          11                                      1
    By Mr. Corbitt                          13           1
    By Mr. Nace          17                                      1
    By Mr. Corbitt                20                             1
    By Mr. Nace          21                                      1

FARID RASTEGAR
    By Mr. Nace          23                                      1
    By Mr. Corbitt                26                             1
    By Mr. Nace          27                                      1

ROGER FARAHMAND
    By Mr. Nace          29                                      1
    By Mr. Corbitt                38                             1

MICHAEL SCOTT WOODS
    By the Court         55                                      1

ROBERT GORDON
    By the Court         68                                      1

Court's Ruling ..............................75    1

Adjourned ...................................104    1

Reporter's Certificate ......................105    1

Kimberly Tinsley, CSR #3611
(972) 548-4247

**ALPHABETICAL WITNESS INDEX**

|                       | *DIRECT* | *CROSS* | *VOIR DIRE* | *VOL* |
|-----------------------|----------|---------|-------------|-------|
| Farahmand, Roger      | 29       | 38      |             | 1     |
| Ghaffari, Aslan       | 11,17    | 20      | 13          | 1     |
| Ghaffari, Aslan       | 21       |         |             | 1     |
| Gordon, Robert        | 68       |         |             | 1     |
| Rastegar, Farid       | 23,27    | 26      |             | 1     |
| Woods, Michael Scott  | 55       |         |             | 1     |

**EXHIBITS OFFERED BY THE PETITIONER**

| *EXHIBIT* | *DESCRIPTION*                         | *OFFERED* | *ADMITTED* | *VOL* |
|-----------|---------------------------------------|-----------|------------|-------|
| 1         | Marriage License dated 12/12/2009     | 18        |            | 1     |
| 2         | Video of 12/12/2009 on DVD            | 25        | 25         | 1     |
| 3         | Supporting Affidavit of Roger Farahmand | 30      |            | 1     |
| 4         | Roger Farahmand's Summary of Requests | 31        | 31         | 1     |

Kimberly Tinsley, CSR #3611
(972) 548-4247

INTERPRETER: Yes, sir.

THE COURT: I just need you to talk into it so that we can all hear you. Mr. Nace.

MR. NACE: Ready when you are, Your Honor. Ready? Thank you.

ASLAN GHAFFARI,

having been first duly sworn, testified through the duly sworn interpreter as follows:

DIRECT EXAMINATION

BY MR. NACE:

Q. State your name for the record, sir.

A. Aslan Ghaffari.

Q. And you are here pursuant to a subpoena that I issued for your appearance today, correct?

A. Yes.

Q. With regard to your appearance today, question, have you ever performed a marriage between a man and a woman in the State of Texas?

A. Yes.

Q. And with regard to anybody in this particular courtroom, do you recognize any of the persons in this courtroom as you sit here today?

A. Yes.

Q. And who do you recognize today as you sit here?

A. The lady sitting on that side and also

Mr. Arash.

Q. And if you could, the lady to my left I believe who you have identified, if you could identify an article of clothing, for the Court and for the record, that she's wearing?

A. With the black jacket.

MR. NACE: Your Honor, I'd like the record to reflect that Mr. Ghaffari has described and identified Mrs. Farahmand in this matter.

THE COURT: The record will so reflect.

Q. (By Mr. Nace) Cutting right through it, sir. Do you recall performing a wedding with Ms. Farahmand, previously Parviz, on the 12th day of December, 2009?

A. Yes, but I don't remember the exact name.

Q. Did that marriage take place in a public place?

A. Yes.

Q. Do you recall approximately how many people were present in attendance on the date you performed the wedding with Ms. Parviz?

A. Yes.

Q. Was there any question in your mind whether it was a wedding or something else?

A. I think it was a wedding.

Q. In your experience -- first, how old are you today?

A.    97.

Q.    And in your 97 years of life, approximately how many years of marriage -- how many marriages have you performed?

A.    Approximately eight to ten people.

Q.    And are you qualified to perform marriages in the State of Texas?

MR. CORBITT:  Objection, speculation on the part of this witness until the witness has proven that he has so.  May I take the witness on voir dire?

THE COURT:  Sure.

MR. CORBITT:  Please the Court.

**VOIR DIRE EXAMINATION**

BY MR. CORBITT:

Q.    Mr. Ghaffari, I hope I pronounced your name correctly.  Are you a licensed ordained Christian minister?

A.    No, I don't have no license.

Q.    Are you a priest?

A.    No.

Q.    Are you a Jewish rabbi?

MR. CORBITT:  Am I talking too loud, Judge? I'm sorry.

THE COURT:  I can hear you.

Q.    *(By Mr. Corbitt)* Mr. Ghaffari, are you a Jewish

rabbi?

A. No.

Q. Are you a justice of the Supreme Court?

A. No.

Q. Are you a judge of the Court of Criminal Appeals?

A. No.

Q. Are you a justice of the Court of Appeals, of a district, or a county, or a probate court?

A. No.

Q. Are you or have you been a judge of a domestic relations or juvenile court?

A. No.

Q. Are you a retired justice or judge of any of those courts that I asked just a minute ago?

A. No.

Q. Mr. Ghaffari, you said I think it was a wedding, did you not, sir?

A. I'm sure it was a wedding.

Q. Excuse me. Was that his testimony? I'm sorry. I feel rude about this. Was that his testimony just a minute ago, to Ms. Kim, I think it was a wedding?

MR. NACE: Object to --

THE COURT: He's asking did he say the words "I think it was a wedding."

A.    I saw it was a wedding.

MR. CORBITT:  Thought, is that what I just heard Mr. Translator?  Thought?

INTERPRETER:  No.

MR. CORBITT:  What was the word?  Say what he just said, please.  I'm sorry.  My fault.

THE COURT:  He didn't understand what you said.  Can you repeat?

INTERPRETER:  I saw a wedding.

MR. CORBITT:  Okay.  Did he answer my question?  I think it was a wedding, did he use that exact terminology?

MR. NACE:  Object to the compound question.

THE COURT:  Sustained.  Respectfully, that's a weight not admissibility thing.

MR. CORBITT:  Please the Court, with regard to purpose of voir dire, we'll pass the witness at this particular juncture in time.  But we will make an objection under Family Code 2.202 that he is not qualified to conduct a wedding in the State of Texas.

THE COURT:  Mr. Ghaffari --

MR. CORBITT:  And I will also state that the Court can take judicial knowledge of the fact that Mr. Farahmand was the Petitioner in this cause, and he files the petition on December 30th, 2013, at 2:02 p.m.

and he specifically stated that the parties were married as husband and wife on or about July 28th, 2012.

THE COURT: I'll be happy to take judicial notice of the pleadings in this matter.

Mr. Ghaffari, by what authority did you perform a wedding?

THE WITNESS: In Islamic law there is no need to have any permission.

THE COURT: Well, are you an Imam?

THE WITNESS: No.

THE COURT: Are you telling me that anyone in Islamic law is authorized to perform a wedding?

THE WITNESS: That's my thought and understanding.

THE COURT: Okay. And just so that I understand, I know that there are several subdivisions of Islam, Sunni, for example, Shi'ite. What subdivision are you?

THE WITNESS: Shi'ite.

THE COURT: Thank you. So the world will know, I'm not an expert under Islamic law, but at least I've got his testimony that he is authorized to do that. That would, at least at this point in time, cover him as far as 2.02 is concerned. Mr. Nace.

MR. NACE: Thank you, Your Honor.

**DIRECT EXAMINATION (CONTINUED)**

BY MR. NACE:

Q. Who had contacted you, if you recall, originally to perform this wedding?

A. I do not remember it very well, but definitely could be one of their family members or father.

MR. NACE: May I approach the witness?

THE COURT: You may.

Q. (By Mr. Nace) I'm going to hand you what we'll mark as Petitioner's 1. Can you identify this document for the record?

INTERPRETER: He said, "This is my signature."

Q. So that would be a yes, you can identify this document for the record?

A. I don't remember very well, but this is my signature and this is my handwriting.

Q. And is this a true and correct copy?

A. As you heard, I don't remember it very well. But certainly this is my handwriting, and this is everything that I wrote.

Q. On that particular document it says at the top Rights of Matrimony, correct?

MR. CORBITT: Objection, Your Honor, speaks for itself. It's not introduced into evidence.

THE COURT: Sustained.

MR. NACE: We'll offer.

THE COURT: Does it have a number on it?

MR. NACE: Yes, Your Honor, Petitioner's 1.

MR. CORBITT: Predicate has not been issued.

THE COURT: Let me see it, please.

MR. NACE: Yes, Your Honor.

(Document present to the Court)

THE COURT: Mr. Nace, I have what appears to be a Xerox copy. I don't see a clerk's stamp on here anywhere.

MR. NACE: Your Honor, we have the original with another witness. That is a copy.

THE COURT: Why isn't the original of a marriage license on file with my clerk?

MR. NACE: From what I understand, to file it that was their responsibility through her family. But the original does exist.

THE COURT: Where is the original?

MR. NACE: My client can better answer that judge through another witness. Because of things missing in this case, our chain of custody, we want to make sure we're keeping things intact.

THE COURT: His objection is sustained at

this point in time.

MR. NACE: May I re-approach the witness?

THE COURT: Sure.

Q. (By Mr. Nace) Sir, re-handing you this particular exhibit, when you perform these weddings before, do you typically sign off as a witness having performed a wedding ceremony?

MR. CORBITT: Please the Court, objection as to any relevancy regarding what he's done in the past. We're only worried about --

THE COURT: Overruled.

INTERPRETER: Can you repeat the question?

Q. (By Mr. Nace) Yes. With regard to the eight to ten wedding ceremonies Mr. Ghaffari has performed in his years, does he typically sign and certify that the parties were united in marriage?

A. Usually I write the name of the couple, the people who are getting married, in the marriage portion and all the information in a piece of paper and they sign it.

Q. And there's no question in Mr. Ghaffari's mind that this piece of paper that I offered as Exhibit 1 is his signature and nobody else's?

A. This is my signature for sure.

MR. NACE: Pass the witness.

MR. CORBITT: Please the Court. May have I approach?

THE COURT: Sure.

MR. CORBITT: Judge, this is using my time?

THE COURT: Yes, sir. Cross-examination, direct examination, all that stuff is what you've got.

**CROSS-EXAMINATION**

BY MR. CORBITT:

Q.    Mr. Ghaffari, I'm sorry, sir. That list here, does that say Ph.D in C-O-R-O-M-I?

INTERPRETER: C-O-N?

MR. CORBITT: Whatever it says, sir. I didn't write it.

INTERPRETER: That says economy. That's an E you're missing.

A.    Ph.D in Economy.

Q.    Okay. And there's no filing on the bottom of it, is there?

A.    No.

Q.    These weddings that you performed, these eight to ten in ten years. How many in the United States of America?

A.    Some of them were here, yes.

MR. CORBITT: Pass the witness.

MR. NACE: Briefly, Judge.

**REDIRECT EXAMINATION**

BY MR. NACE:

Q.   On what date did you perform the wedding ceremony of Maryam and Amir?

A.   I don't remember.

Q.   With regard to --

A.   It is written right here.

Q.   That would be December 12th, 2009, correct?

A.   Yeah, it has to be correct.

Q.   Would you ever put a different date down than the date you performed a wedding ceremony?  Would you ever put a different date down other than the date you performed a wedding ceremony?

MR. CORBITT:  Objection, speculation on the part of this witness.

THE COURT:  Sustained.  Well, respectfully, I don't care.

MR. NACE:  Pass the witness.

MR. CORBITT:  Pass the witness.

THE COURT:  This witness excused or reserved, Mr. Nace?

MR. NACE:  Excused, Your Honor.

MR. CORBITT:  Yes, sir.

THE COURT:  Mr. Ghaffari, I have a couple of questions.  They may have some others.  Did you know

the man that was participating in the wedding that we've been talking about?

THE WITNESS: No, I didn't know him.

THE COURT: No relation to you?

THE WITNESS: No.

THE COURT: Then nevermind. You can step down. He's free to go. He can remain if he wants, but if he wishes to leave, he can.

Will we be needing this translator for anything else, Mr. Nace?

MR. NACE: Yes, Your Honor, for one other witness. I'll just step in the hallway and get the next witness.

THE COURT: For the record, Mr. Nace, who is your next witness?

MR. NACE: Yes, Your Honor. This is Farid Rastegar.

THE COURT: Sir, come up, come around and have a seat in that black chair over there for me. Please speak directly into the microphone on your right. And if you would please spell both your first and your last name for my court reporter, I'd appreciate it.

THE WITNESS: I need a translator.

THE COURT: Okay. Mr. Nace, I'll need your translator. Come on back up.

Filed: 6/9/2014 5:04:36 PM
Andrea S. Thompson
District Clerk
Collin County, Texas
By Carla Mahan Deputy
Envelope ID: 1488793

*THIS DOCUMENT CONTAINS SENSITIVE INFORMATION*

## NO. 401-56531-2013

| | | |
|---|---|---|
| A SUIT TO DECLARE VOID THE MARRIAGE OF | § § § | IN THE DISTRICT COURT |
| ROGER ARASH FARAHMAND AND MARYAM FARAHMAND | § § § | 401ST JUDICIAL DISTRICT |
| AND IN THE INTEREST OF | § § § | |
| ███████, A MINOR CHILD | § § § | COLLIN COUNTY, TEXAS |

### BUSINESS RECORDS AND AFFIDAVIT

Petitioner, Roger Arash Farahmand, submits certain business records of Post Legacy Apartments, together with an affidavit by the custodian of records, Vicki Chalker, for filing in the above numbered and styled cause. These records are attached hereto. These records will be offered in evidence on the trial of the captioned cause.

Pursuant to Rule 902(10)(a) of the TEXAS RULES OF EVIDENCE, these records may be made available by the Court Clerk to counsel for parties to the litigation for inspection and copying at the expense of the person desiring the copies.

Respectfully submitted,

*/s/ Ike Vanden Eykel*

_____

**IKE VANDEN EYKEL**
State Bar No. 20485500
E-mail: ike@koonsfuller.com
**REBECCA TILLERY**
State Bar No. 24060729
E-mail: tillery@koonsfuller.com
**KOONSFULLER**



EXHIBIT
H

Business Records and Affidavit – Post Legacy Apartments

Page 1 of 19

**A Professional Corporation**
1717 McKinney Avenue, Suite 1500
Dallas, Texas 75202
(214) 871-2727
(214) 871-0196 Fax

-and-

**Bradford Nace**
State Bar No. 24007726
E-mail: bnace@nacemotley.com
**Nace & Motley, LLC**
100 Crescent Court, 7th Floor
Dallas, Texas 75201
(214) 459-8289
(214) 242-4333 Fax

Attorneys for Roger Arash Farahmand

Business Records and Affidavit – Post Legacy Apartments

# EXHIBIT "B"

## NO. 401-56531-2013

| | | |
|---|---|---|
| A SUIT TO DECLARE VOID THE MARRIAGE OF | § § § | IN THE DISTRICT COURT |
| ROGER ARASH FARAHMAND AND MARYAM FARAHMAND | § § § § | 401ST JUDICIAL DISTRICT |
| AND IN THE INTEREST OF ███████, A MINOR CHILD | § § § § § | COLLIN COUNTY, TEXAS |

## BUSINESS RECORDS AFFIDAVIT OF POST LEGACY APARTMENTS

STATE OF ~~TEXAS~~ G A      §
                   §
COUNTY OF ~~COLLIN~~ Fulton §

BEFORE ME, the undersigned authority, personally appeared _Vicki Chalker_, and swore to the truth of the following:

"My name is _Vicki Chalker_. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated, which are true.

"I am the custodian of the records for Post Legacy Apartments, 5741 Martin Road, Plano, Texas 75024. Attached hereto are __15__ pages of records from

my office. These records are kept in the regular course of business, and it was the regular course of business for me or an employee or representative, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

_Vicki Chalker_
(Signature)

_Vicki Chalker_
(Name Printed)

STATE OF ~~TEXAS~~ G A §
                                         §
COUNTY OF ~~COLLIN~~ Fulton §

SIGNED under oath before me on _May 29, 2014_,
2014.

_Pamela Smith_
Notary Public, State of Texas

My Commission Expires: _4/24/14_

Business Records Affidavit of Post Legacy Apartments                    Page 2 of 2

This Agreement made this **1** day of December, 2009 is between Post Legacy, L.P., a Georgia limited partnership, through its agent Post Apartment Homes, L.P., a Georgia limited partnership (hereinafter called "management" or "Post") and **Amir Bagherkalantari; Maryam Parviz-Khyavi** (hereinafter called "resident" or "you" or "your"). Post rents to you, and you rent from Post, apartment no. **2262** at **5725 Martin Rd. Plano, TX 75024** (hereinafter called "apartment") at Post Legacy, located at 5741 Martin Road, Plano, Texas (hereinafter called the "premises") under the following terms and conditions:

1. TERM: The initial term of this agreement shall begin at 12 noon on December 1, 2009, and end at 12 noon on November 30, 2010.

2. POSSESSION: If there is a delay in delivery of possession, rent shall be abated on a daily basis until possession is granted. If possession is not granted within seven (7) days after the beginning day of initial term, then you may terminate this agreement and have full refund of any deposit. Post shall not be liable for damages for delay in possession.

3. RENT: Rent is payable each month in advance in the sum of **Six hundred Sixty Five and 00/100 Dollars ($665.00)** on the first day of each month during the initial or extended term of this agreement at the office of management or such other place as Post may designate. All rent shall be paid by personal check drawn on your personal account, cashier's check, certified funds or money order. Post may, but is not required to, accept rent through direct debit, ACH, or other electronic means established and approved by Post. Post shall have the right to refuse any tender of payment in cash. Any additional sums or charges due from you for storage or garage or because of a breach or violation of this lease agreement shall be due as additional rent. Such additional sums or charges shall also include, but are not limited to, damages exceeding normal wear and tear to the apartment or to the apartment community property, when such damages are caused by you or your occupants, guests or invitees. Only after total rent (which shall include said "additional sums") is tendered will rent payment be accepted.

4. LATE PAYMENTS AND RETURNED CHECKS:

*MP* **Initials**
*AR* Time is of the essence of this agreement. After the third day of the month rent shall be late, and a late charge in the amount of 10% of the full monthly rent shall be due as additional rent. If Post elects to accept late rent you shall tender all late rents, dispossessory warrant costs, and administrative filing fees to Post only by cashier's check, certified check or money order. In the event your rent check or any other check written by you or any direct debit, ACH, or other electronic payment made by you or on your behalf is dishonored by the bank, you shall pay Post a service charge in the amount of $30.00 in addition to the amount of the check or payment, any late charges, and any other amounts owed. Returned checks (NSF's) and any other rejected direct debit, ACH, or other electronic payment shall be redeemed by cashier's check, certified check or money order. After any rent check, direct debit, ACH, or other electronic payment is dishonored, you shall pay all future rents and charges only by cashier's check, certified check or money order.

5. SECURITY DEPOSIT AND RE-KEYING LOCKS FEE: You agree to deposit $0.00 before taking possession of the apartment as security for your fulfillment of the conditions of this agreement, to be returned to you (less Lawful Deductions) within thirty (30) days after the apartment is surrendered if:

    (a) Lease term has expired or this agreement has been terminated by both parties; AND
    (b) <u>You satisfy a sixty (60) day written notice to vacate</u>; AND
    (c) All monies due Post have been paid in full; AND
    (d) Apartment is not damaged and is left in its original condition, normal wear and tear excepted.

Otherwise, the deposit may be applied by Post to satisfy all or part of your obligations and such act shall not prevent Post from claiming damages in excess of the deposit. You agree not to apply the deposit to any rent payment.

You will be liable for the following charges, if applicable, as Lawful Deductions: unpaid rent; accelerated rent; unpaid utilities; unreimbursed service charges; Early Termination Fees; cancellation fees; revoked rent concession credits; repairs or damages caused by negligence, carelessness, accident, or abuse, including stickers, scratches, tears, burns, stains, or unapproved holes; replacement cost of our property that was in or attached to the apartment and is missing; replacing dead or missing smoke detector batteries; utilities for repairs or cleaning; unreturned keys and access devices; removing or rekeying unauthorized security devices or alarm systems; packing, removing or storing property removed or stored under Paragraph 37; removing illegally parked vehicles; animal-related charges; late-payment and returned-check charges; attorney's fees, court costs and filing fees actually paid; and any other sums due under this agreement.

If you abandon your apartment, we will return your security deposit (less Lawful Deductions) to you within thirty (30) days.

Surrender or abandonment ends your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in and relet the apartment; determine any security deposit deductions; and remove property left in the apartment.

You further agree to pay $25.00 as a fee for re-keying locks if all keys are not returned.

6. RENEWAL TERM: Either party may terminate this agreement at the end of the initial term by giving the other party <u>60</u> days' <u>WRITTEN NOTICE</u> prior to the end of the term. **SPECIFICALLY, RESIDENT AGREES TO PROVIDE AT LEAST 60 DAYS' WRITTEN NOTICE BEFORE THE END OF THE INITIAL LEASE TERM IN ORDER TO TERMINATE THIS LEASE AT THE END OF THE INITIAL TERM.** Without 60 days' prior written notice, then this agreement will be extended for 60 days from the end of the initial term with all terms remaining the same. The agreement will continue to be extended for 60 day increments until terminated, as of the last day of a calendar month, by either party providing at least 60 days' WRITTEN NOTICE to the other party. You agree that at the end of the initial term of this lease agreement, or at any time thereafter, Post shall have the right to increase the rent due under Paragraph 3 by giving you 75 days' written notice, and such increase shall not terminate

Rev.TX2009-1103
12/02/2009

Post Properties

Page #1

Page 5 of 19

Page 117 of 131

this lease agreement. ADDITIONALLY, SEE "NOTE" BELOW.

NOTE: POST'S EMPLOYEES ARE NOT AUTHORIZED TO ACCEPT A VERBAL NOTICE OF A LEASE NON-RENEWAL, SURRENDER, TERMINATION, OR EARLY TERMINATION (AS FURTHER EXPLAINED IN THE NEXT PARAGRAPH) FROM RESIDENT, AND THE RESIDENT HAS NO RIGHT TO RELY ON ANY STATEMENT BY POSTS EMPLOYEES THAT A VERBAL NOTICE IS ACCEPTABLE. RESIDENTS NOTICE MUST BE IN WRITING, DATED, SIGNED BY ALL RESIDENTS AND SPECIFY THE MOVE-OUT DATE. RESIDENT SHOULD CONFIRM RECEIPT OF THE NOTICE BY POST WITH THE AUTHORIZED SIGNATURE OF A POST REPRESENTATIVE USING POSTS PRESCRIBED FORMS. RESIDENT SHOULD KEEP A SIGNED RECEIPT OF THE WRITTEN NOTICE FOR HIS/HER PERSONAL RECORDS IN CASE OF ANY DISPUTE AS TO WHETHER SUCH NOTICE WAS GIVEN AND RECEIVED. IF RESIDENT DOES NOT OBTAIN A SIGNED RECEIPT OF THE WRITTEN NOTICE FROM POST, OR IF POST DOES NOT HAVE A SIGNED ORIGINAL NOTICE FROM RESIDENT, THEN IT WILL BE PRESUMED THAT RESIDENT FAILED TO GIVE A PROPER WRITTEN NOTICE.

You agree that Post, periodically during the term of this Agreement or any extension or renewal hereof, may obtain a background report, including information as to your credit and criminal history, in connection with this Agreement and that the Agreement may be non-renewed based on information contained in the reports.

7.  EARLY TERMINATION:

**Initials**

Provided you are not in default of this agreement at the time of giving written notice or thereafter and strictly comply with all the provisions of this paragraph, you may terminate this agreement before expiration of the initial term by:

(a) Giving Post thirty (30) days' written notice. Termination will not be effective until 30 days after receipt by Post of such written notice; PLUS

(b) Paying all monies due through date of termination, including, but not limited to, the payment of prorated rent and previously received rent concession credits; PLUS

(c) Paying an early termination fee equal to two months' rent, plus the amount of your security deposit.

All terms and conditions of this paragraph must be satisfied before your lease will be terminated. Failure to comply with all terms and conditions of this paragraph will result in your continued liability under the terms and conditions of this agreement. Additionally, your election for early termination shall not relieve you of your responsibilities and obligations regarding any damage beyond normal wear and tear to the apartment.

8.  NO ASSIGNMENT OR SUBLETTING: You may not sublet apartment or assign this lease agreement without prior written consent of Post.

9.  DISCLOSURE: Post Apartment Management, a division of Post Apartment Homes, L.P., whose address is Suite 800, One Riverside, 4401 Northside Parkway, Atlanta, Georgia, 30327, is authorized to act on behalf of the premises owner and management with respect to this agreement, to manage the apartment and the premises and is the premises owner's and management's duly designated agent for service of process with respect to any matter arising under this agreement.

10.  UTILITIES:

You must pay charges for all utilities provided to the apartment, including, but not limited to, electricity, natural gas, water and sewer, cable TV and telephone. Where applicable, your utility bills may include a one-time deposit, flat fees, common usage charges and any increases as billed by the utility provider. You must put all utilities in your name immediately upon signing this agreement, and pay all utility bills promptly. You must not allow your utilities to be disconnected, terminated or interrupted for any reason, including for a failure to pay your bills. Breach of this provision shall constitute a material default by you. If Post incurs any utility charges or late fees associated with your utility bills, they will be charged to you as additional rent. You agree that Post can change the methodology by which you are billed for utilities with thirty (30) days' written notice. You further agree and consent that Post, to the extent allowed by law, has the right to designate who your utility providers will be. To the extent that you have a right to choose a retail electric provider, you agree, for the mutual benefit of both you and Post, that you will choose a retail electric provider that Post has chosen for the common areas and common facilities of the premises.

WATER AND WASTEWATER UTILITY SUBMETERING OR ALLOCATION.

Water or wastewater utility service is provided by Post on a submetered or allocated basis, in which case the provisions of the Water and Wastewater Utility Submetering or Allocation provision in Paragraph 38 shall apply.

11.  FIRE: If apartment is made uninhabitable by fire not the fault or negligence of you, this agreement shall be terminated.

12.  HOLD OVER: You shall remove all of your property and deliver possession of apartment in a clean condition and good order and repair to Post upon termination, non-renewal or expiration of agreement. In the event you fail to vacate the premises after termination, non-renewal or expiration, then you shall pay Post an amount equal to two times the then existing rental rate, prorated by the day for each day held over and beyond the termination, non-renewal or expiration of this lease agreement in addition to any other damages. After termination, non-renewal or expiration of this agreement, you shall be deemed to be a tenant at sufferance. Post shall also have the right to store or dispose of any of your property remaining on the premises after termination of this agreement.

13.  RIGHT OF ACCESS: You agree and consent that Post shall have the right of access to apartment without notice, for inspection and maintenance during reasonable hours. In case of emergency, Post may enter at any time to protect life and prevent damage to the property. You automatically authorize Post to show the apartment to prospective renters after you have given notice of termination.

14.  USE: Apartment shall be used for residential purposes only and shall be occupied only by the person(s) named in your application to lease. Substitution or addition of any occupants will be allowable only with prior written consent of Post. An occupant is defined as any person listed on your lease application as an occupant. A guest is defined as any person who enters your apartment, or upon the apartment premises, by your expressed or implied invitation or by an occupant's expressed

Rev.TX2009-1103
12/02/2009

Post Properties

Page #2

Page 6 of 19

Page 118 of 131

or implied Invitation.

You, an occupant, or any guest shall not use apartment or permit it to be used for any disorderly or unlawful purpose or in any manner so as to interfere with other residents' quiet enjoyment of their apartments. You, an occupant, or any guest shall not violate any federal, state, county or municipal laws or ordinances while at the apartment premises or while in the apartment. Any violation of this provision by you, an occupant, or a guest may be considered to be a material breach of this lease agreement and grounds for a dispossessory action or an eviction.

You, an occupant, or any guest shall not engage in criminal activity, including drug-related criminal activity, on or near the apartment community. "Drug-related criminal activity" means the illegal manufacture, sale, distribution, use or possession with intent to manufacture, sell, distribute, or use of a controlled substance (as defined in Section 102 of the Controlled Substance Act (21 USC 802)). You, an occupant or any guest shall not permit the apartment or premises to be used for, or to facilitate, criminal activity (specifically including drug-related activity), regardless of whether the individual engaging in such activity is an occupant or a guest. You, an occupant, or any guest shall not engage in acts of violence or threats of violence, including, but not limited to, the unlawful discharge of firearms, on or near the apartment community. Any violation of this provision by you, an occupant, or any guest may be considered to be a material breach of this lease agreement and grounds for a dispossessory action or an eviction.

15. **RISK OF LOSS:**

*MP Initials*

*AS*

You agree to maintain comprehensive insurance covering loss or damage to person or property, including, but not limited to, insurance on personal property or property of other persons from protection of loss due to or caused by theft, vandalism, damage to vehicles, installation and removal of aerial or satellite dishes, bursting or breaking pipes, by or from fire, windstorm, hail, flooding, leakage, steam, snow or ice, by or from running water, backing up of drainage pipes, seepage or the overflow of water or sewage on the property of which your apartment is a part. You agree to look only to your insurance for any loss or damage to your property or person. Such insurance shall be maintained by you for your benefit as well as for the benefit of Post. Post shall not be liable for damage, theft, vandalism, breakage of glass, or other loss of any kind to your personal property or the personal property of your occupants, guests, or invitees, except where such damage is due to Post's gross negligence or intentional misconduct. It is understood and agreed that Post shall not be responsible for or liable to you or to those claiming by, through or under you for any loss or damage to either person or property that may be occasioned by or through the acts or omissions of persons occupying adjacent, connecting or adjoining premises, or by or through the acts or omissions of third parties, including independent contractors hired by Post.

At any time prior to or after execution of this lease agreement, Post may, but is not required to, demand from you proof, in a form acceptable to Post, of such insurance coverage. Any failure or refusal by you to provide such proof within five business days of such demand shall constitute a material breach of this lease agreement. Post's demand for or failure to demand, receipt of or failure to receive, or review of or failure to review any proof or other evidence of coverage shall in no way be deemed an acknowledgement or endorsement by Post of the adequacy of such coverage.

16. **PETS:** No animals, birds, or pets of any kind shall be permitted in apartment or on premises without prior written consent of Post. Exceptions are made for trained aid animals for the disabled. Allowing a pet, including the pet of a guest, to stay in the unit for more than fourteen (14) days in any one year period without prior written permission from Management and the payment of the Pet Privilege Charge shall constitute a material breach of this agreement. Post's written consent must be contained either in this lease agreement or in an Addendum to this lease agreement.

17. **INDEMNIFICATION:** You release Post from liability for and agree to indemnify Post against all losses incurred by Post as a result of-
    (a) your failure to fulfill any condition of this agreement;
    (b) any damage or injury, happening in or about the apartment or premises, to your invitees or licensees or such person's property unconnected with Post's negligence;
    (c) your failure to comply with any requirements imposed by any governmental authority; and
    (d) any judgment, lien or other encumbrance filed against apartment as a result of your actions.

18. **FAILURE OF MANAGEMENT TO ACT:** Failure of Post to insist upon strict compliance with the terms of this agreement shall not constitute a waiver of any violation.

19. **REMEDIES CUMULATIVE:** All remedies under this agreement or by law or in equity shall be cumulative. In a legal proceeding as to any breach of this agreement the prevailing party shall be entitled to reasonable attorney's fees and all expenses of litigation, including, but not limited to, court costs and administrative filing fees.

20. **NOTICES:** Any notice required by this agreement, except as otherwise set forth in Paragraph 6, shall be in writing and shall be deemed to be given if delivered personally or mailed by registered or certified mail (a) if to you, to the apartment or your last known address; (b) if to Post, to the property management office for the premises listed in the opening paragraph of this agreement.

21. **REPAIRS:** You accept apartment in "as is" condition as suited for the use intended. You understand and agree that the apartment, equipment and fixtures will be under the control of you, and agree to keep said apartment, together with the fixtures and equipment therein, in a clean, sightly and sanitary condition. Post will make necessary repairs to apartment with reasonable promptness after receipt of written notice from you. Verbal notice is insufficient. If any damage, beyond normal wear and tear, is caused by you or your occupants, guests or invitees, you agree to pay Post the cost of repair as additional rent, with the next rent payment. You may not remodel or structurally change the apartment, nor remove any fixture or equipment therefrom without prior written consent of Post. If (a) you have delivered the required written notice(s) to repair or remedy a condition of the type that materially affects the physical health or safety of an ordinary tenant, (b) you were not delinquent in paying rent at the time such notice(s) were delivered, and (c) Post has failed to diligently repair

Rev.TX2009-1103
12/02/2009

Post Properties

Page #3

Page 7 of 19

Page 119 of 131

or remedy such condition within at least 7 days, you may have certain non-judicial remedies including termination of the lease or repairing the condition and deducting such repair expenses from rent. The requirements and conditions that must be satisfied in order for a tenant to exercise these non-judicial remedies are set forth and described in Sections 92.056 and 92.0561 of the Texas Property Code. If you are eligible to terminate the lease, you may also be entitled to either a pro rata refund of rent, a deduction of your security deposit from rent, or a refund of your security deposit in accordance with applicable law. If you are eligible to repair the condition and then deduct the expenses from rent, there are specific requirements in Section 92.0561 of the Texas Property Code regarding additional notices that must be delivered, restrictions on who can make the repairs, and limitations on the amount of repair expenses which can be deducted from rent. In addition to the above-described non-judicial remedies, you may also have certain judicial remedies that are described in Section 92.0563 of the Texas Property Code.

Resident is hereby notified, and understands, that, during the term of this agreement, including any extension or renewal hereof, rehabilitation, repair, and maintenance projects may be conducted on the premises, including in units, common areas, amenities, parking areas, and on the exterior and interior of buildings. Post is not obligated to undertake or continue any particular project. The possibility of any project has not impacted your decision to enter into this agreement. If a project occurs, such project will continue for as long as necessary until terminated or completed in Post's sole discretion. Such projects may, at times, create unfavorable conditions, including but not limited to: obstruction of common hallways and breezeways, obstruction of parking areas, obstruction of balconies, decks, and windows, temporary or permanent closing and/or changes to amenity areas, limited use of elevators, dust, debris, odors, and noise. Resident acknowledges that Resident may experience unfavorable conditions related to such projects and Resident agrees that such conditions, individually or collectively, will in no way constitute a breach of this agreement, including the covenant of quiet enjoyment, or serve as basis for any claim by Resident against Post for constructive eviction or a reduction in rent.

22. ABANDONMENT: If you remove or attempt to remove personal property from the premises other than in the usual course of continuing occupancy, without first having paid Post all monies due, or after the termination of this agreement, the apartment and/or garage and/or storage bin may be considered abandoned, and Post shall have the right, without notice, to store and/or dispose of any property left on the premises by you, pursuant to Texas statutes. You agree and consent that any such property shall be considered Post's property and title shall vest in Post. Post, in its sole discretion, shall have the right to determine other circumstances under which it considers the apartment and/or garage and/or storage bin to be abandoned. You agree that such circumstances as evidence of abandonment of the premises include, but are not limited to, the failure to pay rent or other charges, discontinuance of any utility service, failure to respond to any notices, phone calls or correspondence from Post, or removal of your personal property from the apartment and/or garage and/or storage bin. In the event the apartment and/or garage and/or storage bin is abandoned, Post shall have the right, without notice, (1) to secure the apartment and/or garage and/or storage bin with new locks, (2) to store and/or dispose of any personal property or possessions left on the premises by you or your family, occupants, guests or invitees, or (3) to re-rent the apartment and/or garage and/or storage bin for new residency. You agree that Post shall have no liability for any actions taken to secure the apartment and/or garage and/or storage bin, obtain possession of the apartment and/or garage and/or storage bin, or store or dispose of any personal property or possessions found in the apartment and/or garage and/or storage bin when Post deems the apartment and/or garage and/or storage bin to have been abandoned. You acknowledge and agree that Post's acts or failure to act with regard to securing the apartment and/or garage and/or storage bin, obtaining possession of the apartment and/or garage and/or storage bin or storing or disposing of any personal property or possessions found in the apartment and/or garage and/or storage bin under circumstances which, are, or may indicate abandonment, are a contractual matter to which you have given your consent, and any alleged breach shall not give rise to a claim in tort nor to a claim for punitive damages.

23. LENDER'S RIGHTS: Your rights under this agreement shall at all times be subject to and subordinate to any deed to secure debt, mortgage, or any other security instrument which is now or shall hereafter be placed on premises of which apartment is a part. If requested, you shall execute promptly any certificate that Post may request specifically to implement the subordination of your lease.

24. DEFAULT BY YOU: If you fail to pay any rent or other charges as and when due hereunder, or if you abandon the apartment or fail to perform any of your obligations hereunder, or if you violate any provision of this agreement or any additional rules and regulations, or if you violate any criminal laws on the premises, regardless of whether arrest or conviction occurs, or if any facts contained in your rental application are untrue or misleading, then, upon the happening of any said events, you shall be in default hereunder and Post may at its option either (a) terminate this agreement, or (b) terminate your rights of possession without terminating this agreement, by written notice to you. You shall surrender possession of the apartment and any storage or garage area to Post upon the effective date of such termination notice and you shall be liable to Post for, and shall indemnify Post against, all rent loss and other expenses (for re-letting, cleaning or otherwise making the apartment suitable for re-letting) suffered or incurred by Post as a result of your default and the termination of the agreement. Post's application of the security deposit (if any) shall not relieve you of liability for any other rent, charges, damages or other costs until the term of this agreement expires or the apartment is re-rented, whichever comes first. Once you have vacated the apartment, you will be sent a statement of deposit that may indicate a balance due to Post. Any such balance outstanding thirty (30) days after mailing of the statement shall bear interest at the rate of 16 percent per annum. Interest on the debt evidenced by this agreement shall not exceed the maximum amount of non-usurious interest that may be contracted for, taken, reserved, charged, or received under law and any interest in excess of that maximum amount shall be credited on the principal of the debt or, if that has been paid, refunded.

Notwithstanding the filing of a dispossessory proceeding or an eviction and the issuance and execution of a writ of possession on account of any default by you, you shall remain liable to Post for all rent and other charges accrued through the date on which possession is obtained by Post and shall continue to be liable for any rent accruing thereafter until the earlier of (a) the expiration of the term of this agreement; or (b) the re-rental of the apartment.

25. MANAGEMENT'S PERMISSION OR CONSENT: If any provision of this agreement requires the permission or consent of management as a condition to any act by you, such permission or consent must be in writing and may be granted or withheld

Rev.TX2009-1103
12/02/2009

Post Properties

Page #4

Page 8 of 19

Page 120 of 131

in the sole discretion of Post, may contain such conditions as Post deems appropriate, shall be effective only so long as you comply with such conditions and may be modified, revoked, or withdrawn by Post at any time at Post's sole discretion, upon notice to you.

26. PACKAGE RELEASE: By signing this agreement you authorize Post to accept any packages which are delivered by mail, or otherwise. You understand that Post will not accept any package shipped COD or having postage due. If Post does accept a package for you, you agree that Post will have no responsibility to examine the condition, or determine the contents, or take any precautions in the handling and storage of the package. Post accepts packages solely as a favor to you, without consideration, and you release Post from any claim you might otherwise have for loss or damage suffered as a result of Post's accepting, refusing to accept, holding, storing, handling or disposing of any such package, even if such loss or damage is due to the negligence or other act or omission of Post. Additionally, you agree to indemnify Post for any such claims made by a third party. You, and not Post, absolutely assume all risks of damage, theft, destruction, or loss for any reason of any package received by Post. The term "package" includes any parcel, goods or other items of value.

27. RULES AND REGULATIONS:

   (a) Signs: You shall not display any signs, exterior lights or markings at the premises. No awnings or other projections shall be attached to the outside of the building of which the apartment is a part.

   (b) Entrances, Hallways, Breezeways, Walks and Lawns: Entrances, hallways, breezeways, walks, lawns and other public areas shall not be obstructed or used for any purpose other than ingress and egress.

   (c) Antennas/Satellite Dishes: Radio or television aerials or satellite dishes, no larger than 1 meter in diameter, are permissible within the apartment. Such permission does not extend to outside windows, doors and walls, nor to antennas/satellite dishes that extend beyond a balcony railing or a patio line on a ground floor, nor can you damage the apartment in the installation or removal. You must keep your aerials and satellite dishes in good working order and appearance.

   (d) Parking: You agree to abide by all parking regulations established by Post. By signing this agreement, you acknowledge that you have previously been provided by Post with a copy of all parking and towing regulations adopted by Post. No campers, recreational vehicles, boats, trailers, mobile homes, buses, commercial vehicles or mechanized equipment may be allowed on the premises without Post's prior written approval. If Post has designated spaces for you to park or areas for boats, trailers, campers or other vehicles, you agree to park only in those spaces so designated. Non-operable, abandoned or unauthorized vehicles or equipment are not permitted on the premises. Any such non-operable, abandoned or unauthorized vehicle or equipment may be removed by Post at the expense of you or other person owning same, for storage or public or private sale, at Post's option, and you or the person owning same shall have no right of recourse against Post therefore. The definition of non-operable, abandoned or unauthorized vehicles or equipment shall be liberally construed in favor of management. In addition, but not limited to, their generally accepted definitions, "unauthorized" and "non-operable" shall also mean vehicles which:

   1. Are noxious, offensive, unsightly, unpleasant or unkempt such as could reasonably affect the appearance or rental marketability of the premises or such as could reasonably cause embarrassment, discomfort, annoyance, or nuisance to Post or other residents;

   2. Are causing damage to the apartment complex or the parking lot, including, but not limited to, oil or gas leaks, seepage or spills, and motorcycle kickstands which sink into the pavement;

   3. Are not previously approved and registered with Post as required;

   4. Are not properly parked between parallel lines or other lines marking spaces for parking;

   5. Are blocking access to any prohibited areas, designated "no parking" areas, fire lanes, fire hydrants, ingress and egress travel lanes, entrances, exits, trash dumpsters or compactors, carwash bays, or maintenance or service areas;

   6. Are left on blocks or jack stands;

   7. Appear to be in a state of disrepair;

   8. Appear to be incapable of self-propelled movement;

   9. Do not have a proper license tag, proper handicap hang-tag, decal, or other designation, current license decal validation sticker, current state emissions inspection sticker or minimum applicable motor vehicle insurance. Post may tow such a vehicle after giving you at least ten (10) days' written notice that the vehicle will be towed at your expense if not removed;

   10. Are not owned by you.

   An "abandoned motor vehicle" shall include, but is not limited to, any vehicle, motor vehicle or trailer which has been left unattended on the premises for a period of not less than thirty (30) days without anyone having claimed ownership of it. Vehicles may not be repaired or washed on the premises, except in specifically designated areas when they are provided.

   (e) Combustible Materials and Heaters: No goods or materials of any kind or description which are combustible or would increase fire risk shall be kept or stored in the apartment, nor shall such items be taken to or placed in storage, balcony, patio or garage areas. You may not use gas, kerosene or electric heaters or any other heater other than your apartment's built-in heating system. Post shall not be responsible for any loss or damage due to the storage or keeping of such materials.

   (f) Balcony or Patio: Balcony or patio shall be kept neat and clean at all times. No items shall be stored, hung or draped on railings or other portions of balcony or patio. No charcoal or liquid-filled petroleum gas or liquid fueled burners, heaters, grills or other cooking devices shall be kindled or maintained on balconies or ground floor patios or otherwise in violation of law.

   (g) Recreation, Storage, Service, and Amenities Areas: You agree that any recreation, storage, service, and amenities areas, if they are available at this property, are not provided as part of the related services or facilities under, or in consideration for, this agreement. You also agree that Post may curtail or eliminate such services or facilities in its sole discretion, and you will not be relieved from the terms of this agreement or entitled to any reduction in rent if such services or facilities are curtailed or eliminated. You agree to abide by rules and regulations established for use of recreational, storage, service, and amenities areas provided by Post.

Rev.TX2009-1103
12/02/2009

Post Properties

Page #5

Page 9 of 19

Page 121 of 131

(h) Resident Liable for Actions of your Occupants, Guests or Invitees: You shall be responsible and liable for the conduct of your occupants, guests or invitees. Acts or failure to act of your occupants, guests, or invitees in violation of this agreement, any addenda, or management's rules and regulations may be deemed by management to be a breach by you. You acknowledge and agree to communicate and explain all addenda, rules and regulations, and the terms of this lease agreement to your occupants, guests and invitees.

(i) Drapes and Shades: All drapes and shades installed by you must present a uniform exterior appearance.

(j) Water Beds/Hot Tubs: You shall not have or keep any water beds or hot tubs in the apartment without prior written permission of Post.

(k) Conduct: You agree to handle your communications and conduct with management, including, but not limited to, its agents and employees, or independent contractors and vendors hired by Post, and with all other residents, occupants, guests or invitees in a lawful, courteous and reasonable manner. You shall not engage in any abusive behavior either verbal or physical, or any form of intimidation or aggression, directed at management, its agents, employees, vendors or any other residents, occupants, guests, invitees, or any other person on the premises. If requested by Post, you agree to conduct all further business in writing. Any acts of abusive behavior whether verbal or physical by you or your occupants, guests or invitees, shall be grounds for termination of this lease agreement and will entitle Post to exercise all of its rights and remedies for default. You agree not to damage your apartment or any other portion of the premises, including but not limited to, the physical facilities, buildings, trees or landscape. You shall be liable for all acts or failure to act of your occupants, guests or invitees which result in damages to the apartment or the premises. You shall remain liable to Post for any damages which exceed normal wear and tear and agree to pay Post promptly upon notice of such damages, notwithstanding whether the repairs have actually been made. Further, your acts or failure to act which results in damages to the apartment or premises shall constitute grounds for termination of this lease agreement. Any amounts due from you because of damage exceeding normal wear and tear shall constitute additional rent.

(l) Move-In: You agree and acknowledge that you have been given a properly signed list of any existing damages to the apartment, have been given the right to inspect the apartment and have approved this list except as specified in writing to Post.

(m) Keys: Post may checkout keys to the apartment with your prior written permission specifically identifying the individual or company you intend to receive a key. It is your responsibility to return the checked out keys to Post the same day or to cover the cost of changing the locks to the apartment. Resident acknowledges that Post does not provide lock out service after hours.

(n) Mechanical Closet: Resident will not use any mechanical closet for storage of any type.

(o) Smoke Detectors: Post will furnish smoke detectors as required by statute, and Post will test them and provide working batteries when you first take possession. After that, you must pay for and replace batteries as needed, unless the law provides otherwise.

28. ADDITIONAL RULES AND REGULATIONS. You agree and understand that additional rules and regulations may be established by Post during the initial or a renewal term. Such additional rules and regulations shall be effective five (5) days after being personally delivered to you or mailed by certified or registered mail. You acknowledge that the availability of amenities is subject to change in Post's sole discretion and that any such change shall not constitute a breach of this agreement.

29. GENDER: In all references herein to "resident" or "you" or "your," the use of the singular number is intended to include the appropriate number as the text of this agreement may require, and all gender references to male or female are intended to be gender neutral.

30. NO ESTATE IN LAND: This agreement creates only the relationship of landlord and tenant between Post and you; you have a usufruct only and not an estate for years; and no estate shall pass out of Post.

31. ENTIRE AGREEMENT AND SEVERABILITY: This agreement and any addenda, including without limitation, rules and regulations, constitute the entire agreement between the parties and no prior, concurrent, or subsequent oral statements shall be binding. If any provision of this agreement is invalid, such provision shall be considered deleted from this agreement and shall not invalidate the remaining provisions. You further agree that the terms and conditions of this agreement shall also apply to and govern the lease of any garage and/or storage bin except as to the term, use, rental amount, and notice provisions.

32. JOINT AND SEVERAL LIABILITY: Each person who signs this agreement understands and agrees that their liability hereunder is both joint and several with every other person who signs this agreement.

33. SUCCESSORS AND ASSIGNS: Subject to Paragraph 23, all provisions contained in this agreement shall be binding upon, inure to the benefit of, and be enforceable by the successors and assigns of Post.

34. APARTMENT SECURITY ACKNOWLEDGMENT:

_Initials_

Post does not provide or guarantee security for personal safety or property of you, your occupants, guests, or invitees. Post is not obligated to warn you of crime, to provide security, or to reduce the risk of crime on the premises. You agree that Post is not responsible for the actions of or any damages caused by other residents, guests, intruders, or trespassers. You agree that you will inspect your apartment residence continuously after occupancy to make sure that any Post-provided smoke detector, fire extinguisher, and door and window locks are adequate and in good working order. You promise to give immediate written notice to Post if you determine that any of these items, or any other item affecting the safety or security of your residence, need repair or replacement. Provision of any items or services that could relate to community safety does not in any way obligate Post to provide for the safety or security of you, your occupants, your guests, your invitees, or your property. While courtesy officers may reside within the community or temporary guard patrols may take place, these individuals do not have any responsibility for your personal safety or security, and courtesy officers may move out or guard services may terminate at any time without notice to you. You agree to look solely to public police authorities for security and protection. In the event of loss or injury due to criminal activity on the premises, you agree to look solely to your insurance against such losses and agree to hold Post harmless from any claims for damage due to criminal acts. If your residence has an individual security system in it, Post did not install, design, or manufacture the security system, and Post does not activate, operate, maintain, or

Rev.TX2009-1103
12/02/2009

Post Properties

Page #6

Page 10 of 19

Page 122 of 131

monitor the security system. You agree that Post shall have no liability whatsoever with respect to the installation, design, manufacture, use, operation, maintenance, monitoring, effectiveness, or functionality of the security system. It is your decision whether to activate the system, and any such activation must be arranged through an independent security company under an agreement with it. You agree that it is your responsibility to learn from the security company how to properly operate the security system, and you understand that the security company is solely responsible for all aspects of the security system. Whatever amounts the security company charges you for the use of the security system are payable directly to that company and you, not Post, are responsible for the payment of such charges. Post is not responsible for the acts or omissions of the security company and does not guarantee or warrant the services of the security company in any respect. You agree to hold Post harmless from any and all claims for losses of any type arising from any aspect of the security system, and you agree to look to your own insurance for any loss due to personal injury, death, or property damage.

35. MOLD: You are hereby notified that the premises may be subject to the infestation of mold or mildew if not properly maintained, if leaks or other water damage occur, or if excess moisture is allowed to accumulate. If moldy materials are allowed to grow, exposure to mold organisms and associated products can occur through inhalation or direct physical contact. While most molds that are routinely encountered are not hazardous to healthy individuals, some uncertainties exist concerning the potential results of mold exposures in buildings. People who have experienced continued or heavy exposure or are sensitive to some chemicals produced by molds (mycotoxins) may report symptoms similar to those associated with asthma, hay fever, or other allergies. To reduce the chance of such potential conditions or exposures, you must take steps to prevent mold growth, must arrange for proper actions if mold is discovered, and must comply with the other requirements set out in this agreement.

You acknowledge that the most reliable methods for identifying the presence of mold or mildew or conditions favorable to their growth are: (i) routine visual inspections for mold growth, signs of leaks, water damage, and wetness; and (ii) odor inspections for sources of mold odors. Whenever leaks, water damage, wetness, mold, or mildew are identified, they must be addressed immediately. You agree to maintain the premises in a manner that prevents the occurrence of an infestation of mold or mildew and prevents conditions favorable to their growth. You agree to uphold this responsibility in part by adhering to the "Tips on Mold" in the Resident Directory and by complying with the following list of responsibilities:

1. You shall take all reasonable measures to control the moisture level of the interior of the premises by immediately reporting to Post any water intrusion, such as building leaks, plumbing leaks, drips or "sweating" pipes, other wetness, water damage, or elevated moisture levels.

2. You shall limit the sources of indoor humidity by increasing fresh air ventilation when outdoor air is not humid, and warming cold surfaces where condensation occurs.

3. You shall use bathroom fans while showering or bathing and shall immediately report to Post any non-working fan or window.

4. You shall use all reasonable care to close all windows and other openings in the premises to prevent rain or other forms of precipitation from penetrating into the interior unit.

5. You shall use exhaust fans whenever cooking, dishwashing, or engaging in water-based or other wet cleaning techniques.

6. You shall clean and dry any personal property within 24 to 48 hours of water intrusion and shall monitor those items to verify that no mold or mildew growth occurs.

7. You shall notify Post immediately upon discovery of any damp or wet building materials, such as wet wallboard or ceiling tiles.

8. You shall conduct a visual and odor inspection of the premises for the presence of mildew, mold growth, leaks, or water damage at least once per month. The inspection shall include, but not be limited to, an examination of: (a) Window frames and carpets; (b) Ceiling tiles, and any currently or formerly damp or wet material made of cellulose (such as wallpaper, books, papers, and newspapers); (c) All indoor plants; and (d) Personal property.

9. You shall immediately report to Post if mold or mildew growth is noted on surfaces inside the premises, and the growth affects more than a very small area that you will clean and dry promptly. (A very small area is generally not more than one square foot.) Most very small areas of mold can be cleaned by using water and detergent or bleach and drying the surface completely afterwards. If in doubt about the size of the area or your ability to clean it properly, report the mold immediately so that Post can address it.

10. You also must report to Post whenever mold, mildew, leaks, water damage, or other evidence of moisture problems are observed elsewhere in the complex.

11. You agree to not bring any personal property into the unit that you know or suspect contains mold, especially "soft possessions" such as sofas, mattresses, and pillows. If you discover evidence of mold on such items and need help in arranging for disposal, notify Post.

12. You hereby agree to defend, indemnify and hold harmless Post against and from any and all actions, causes of action, claims, demands, liabilities, losses, damages and expenses of whatsoever kind, including, but not limited to, reasonable attorney's fees at both the trial and appellate levels, that Post or any or all of its affiliates may at any time sustain or incur by reason of any and all claims asserted against them to the extent that such claims arise out of or are based upon any potentially health affecting substances brought, or allowed to be brought, into the premises, or caused to infest the premises as a result of the negligence of Resident, or any guest or other person living in, occupying, using or residing in the premises.

Breach of this mold provision constitutes a material breach of this agreement.

36. FIRE SAFETY TIPS:

Resident agrees to make this information available to any occupants, guests, invitees or visitors.
   1.   NEVER smoke in bed.
   2.   Locate the exits in your building.
   3.   Locate all fire extinguishers.
   4.   In case of fire:
        A.   Call 911
        B.   Do not panic
        C.   Notify the property's leasing office

    D.   Do not use any elevators
    E.   Do not prop open doors to exit staircase
    F.   Do not throw water on a grease fire
    G.   Do not jump unless instructed by firemen or police

**37. CONTRACTUAL LIEN AND PROPERTY LEFT IN APARTMENT**

(a) Removal After We Exercise Lien for Rent. If your rent is delinquent, our representative may peacefully enter the apartment and remove and/or store all property subject to lien.

(b) Removal After Surrender, Abandonment, or Eviction. We or law officers may remove and/or store all property remaining in the apartment or in common areas (including any vehicle you or any occupant or guest owns or uses) if you are judicially evicted or if you surrender or abandon the apartment.

(c) Storage. We will store property removed under a contractual lien as required by law. You must pay reasonable charges for our packing, removing, storing, and selling any property. We have a lien on all property removed and stored after surrender, abandonment, or judicial eviction for all sums you owe.

(d) Disposition or Sale. Except for animals and property removed after the death of a sole resident, we may throw away or give to a charitable organization all items of personal property that are: (1) left in the apartment after surrender or abandonment; or (2) left outside more than one hour after a writ of possession is executed, following a judicial eviction. Animals removed after surrender, abandonment, or eviction may be kenneled or turned over to local authorities or humane societies.

**38. UTILITY SUBMETERING OR ALLOCATION:**

WATER AND WASTEWATER UTILITY SUBMETERING OR ALLOCATION

(a) The resident will be billed by Post for submetered or allocated utility services, whichever is applicable. Water and wastewater submetered to the Dwelling Unit will be included in the bill issued by Post.

(b) For information purposes only, during the previous calendar year identified below, the following is provided:
For calendar year 2007:
    the average monthly bill for all dwelling units was $13.62,
    the highest monthly bill for that period was $123.34.
    the lowest monthly bill for that period was $0.00.
Water and wastewater billings will vary over time depending on usage characteristics, changes in the rates imposed by the retail public utility that provides service to the Post property, or other factors. Actual billings to residents should therefore be expected to vary from the average monthly bill for all dwelling units in the previous calendar year and to vary from the highest and lowest month's bills for that period.

(c) The due dates for payment of water and wastewater billings shall be due sixteen (16) days after the bill is mailed or hand delivered to the resident, unless the due date falls on a federal holiday or weekend in which case the following work day shall be the due date. Payment shall be made to the address of the on-site management office, as specified on the bill.

(d) Post will repair leaks in the resident's unit, and in common areas if common areas are not submetered, within 48 hours barring unforeseen circumstances or other matters beyond the control of Post.

(e) Post and the resident agree that submeter bill issuance, submeter readings, requests for submeter tests, charges for submeter testing, issuance of estimated bills, billing errors, billing disputes, changes in billing methods, interruption or discontinuance of service, and partial month's bills for move-in or move-out shall be governed by the requirements of Subchapter H of Chapter 291, Title 30, Texas Administrative Code, relating to Utility Submetering and Allocation, as such rules may from time to time be amended pursuant to the Texas Administrative Procedure Act, or as otherwise required or provided by law. In addition, the terms of this Addendum are subject to such requirements, and those requirements control in the event of any conflict between those requirements and the terms of this Addendum.

(f) The resident has the right to receive information from Post to verify the utility bill. Upon resident's written request, Post shall make the submetering or allocation records, as required by law, available for resident inspection. Such inspection shall be at the onsite manager's office during normal business hours, within three (3) days after receiving such written request if such records are maintained at the onsite manager's office; or within fifteen (15) days after receiving such written request if such records are not routinely maintained at the onsite manager's office. If there is no onsite manager, Post shall make copies of the records available at the resident's dwelling unit at a time agreed upon by the resident within thirty (30) days of Post receiving the written request from the resident. At Post's option, copies of such records may instead be provided by mail if postmarked by midnight of the last day of the respective applicable periods specified above. Any disputes relating to the computation of the resident's bill or the accuracy of any submetering device will be between the resident and Post.

(g) If the retail public utility's rate structure includes a dwelling unit base charge, Post shall bill each dwelling unit for the base charge applicable to that unit. Post shall not bill the resident for any dwelling unit base charges applicable to unoccupied dwelling units.

(h) If the retail public utility's rate structure includes a customer service charge, Post shall bill each dwelling unit the amount of the customer service charge divided by the total number of dwelling units, including vacant units, that can receive service through the master meter serving the residents.

(i) If utility service is submetered, the charges shall include any dwelling unit base charge and customer service charge, if applicable, and the gallonage charge calculated each month as follows: the retail public utility's total monthly charges for water service (less dwelling unit base charges or customer service charges if applicable), divided by the total monthly water consumption measured by the retail public utility, multiplied by the resident's monthly consumption or the volumetric rate charged by the retail public utility to Post multiplied by the resident's monthly water consumption.

(j) If utility service is allocated, the charges shall be allocated by taking the retail public utility's master meter bill for water and sewer service, deducting any dwelling unit base charges or customer service charge, if applicable, and deducting common area usage such as installed landscape irrigation systems, pools and laundry rooms, if any, and multiplying the net amount by the average number of occupants per bedroom, which shall be determined by the following occupancy

Rev.TX2009-1103
12/02/2009

Post Properties

Page #8

Page 12 of 19

Page 124 of 131

formula. The formula shall calculate the average number of occupants in all dwelling units based on the number of bedrooms in the dwelling unit according to the scale below, notwithstanding the actual number of occupants in each of the dwelling unit's bedrooms or all dwelling units:

dwelling unit with an efficiency = 1
dwelling unit with one bedroom = 1.6
dwelling unit with two bedrooms = 2.8
dwelling unit with three bedrooms = 4 + 1.2 for each additional bedroom.

(k) All water used for the installed landscape irrigation system is metered or submetered and there are other common areas such as pools or laundry rooms that are not metered or submetered, and 5% of the retail public utility's master meter bill is deducted in the calculation for allocated service.

(l) Resident acknowledges that at the time this lease agreement was discussed, Post provided to resident a copy of the current version at that time of Subchapter H of Chapter 291, Title 30, Texas Administrative Code, relating to Utility Submetering and Allocation, or a copy of the current version at that time of the Texas Natural Resource Conservation Commission executive director's summary of those rules, to inform the resident of his or her rights and Post's responsibilities under those rules.

39. **TERMINATION FOR FAMILY VIOLENCE OR MILITARY DEPLOYMENT:** Tenants may have special statutory rights to terminate this agreement early in certain situations involving family violence or a military deployment or transfer.

40. **SPECIAL PROVISIONS:**

- For the first 3 months of Resident's occupancy of the apartment under the Agreement, Resident shall be entitled to a conditional credit of $200.00 per month with respect to the monthly rent specified in Paragraph 3 hereof. This credit shall expire at the end of 02/2010. However, should Resident for any reason fail to remain in occupancy during the entire initial term hereof, or should Resident otherwise fail fully to comply with any of the terms and conditions hereof, then the conditional allowance of such credit shall be revoked and the entire sum of the previously allowed monthly credit shall become immediately due and payable as additional rent.

You agree and consent that any violation of the listed provisions may be deemed to be a material breach of this agreement.

_____ Initials, I do not have a pet at this time. I completely understand the requirements for pets and the regulations that pet owners must follow. I agree to let management know if I obtain a pet and I will comply with all requirements of pet owners. I agree and consent that any violation of this provision may be deemed to be a material breach of this agreement.

- You have deposited with management the additional sum of $665.00 as additional security. You agree that said sum of money cannot be applied to any rent due. This deposit will be handled as set out in Paragraph 5.
- You acknowledge receipt of 2 remote(s), ID numbers(s) 14468; 14487, at a fee of $0.00 for each remote, for opening the gate(s), as well as a copy of the Automatic Gate System Instructions, if applicable. You understand that replacement or additional remotes are available for a fee of $75.00 per remote.
- The gate is to be used by ONE CAR AT A TIME. Do not attempt to "tailgate" through the gate as it will lower and/or close after each car. This action would cause vehicle damage. You agree and consent that Post is not liable for damage incurred in this manner.
- Resident agrees to pay a $350 Transfer Fee upon transfer to another Post Apartment Home during the term of this lease. Resident must abide by other rules regarding transfers. In the event that the resident has had a concession during the term of the current lease, the entire amount of this conditional allowance shall become due and payable as additional rent in accordance with this agreement prior to the transfer.
- You agree to pay a monthly fee of $5.00 for trash collection. This amount shall be due and payable as additional rent.
- SPECIAL STIPULATIONS: None.

IN WITNESS WHEREOF, the parties hereto have caused these presents to be signed in person or by a person duly authorized the day and year written above.

**BY SIGNING BELOW, RESIDENT ACKNOWLEDGES THAT HE OR SHE HAS BEEN GIVEN A SUFFICIENT OPPORTUNITY TO FULLY REVIEW THIS LEASE, HAS READ THE TERMS AND CONDITIONS OF THIS LEASE, AND UNDERSTANDS THE ABOVE LISTED LEASE TERMS AND CONDITIONS (SPECIFICALLY INCLUDING ANY AND ALL "SPECIAL STIPULATIONS". BY SIGNING BELOW, RESIDENT FURTHER AGREES TO COMPLY WITH ALL TERMS AND CONDITIONS OF THIS LEASE AS SET FORTH ABOVE.**

_____
Amir Bagherkalantari

12. 2. 09
Date

_____
Authorized Representative of Post Apartment Homes, L.P. as agent for Post Legacy, L.P.

12 8 09
Date

After hours phone number: 772.312.5757

(always call 911 for police, fire or medical emergencies)

_____

Maryam Parviz-Khyavi

12-2-09

Date

Rev.TX2009-1103
12/02/2009

Post Properties

Page #10

Page 14 of 19

Page 126 of 131



**POST**
**PROPERTIES**

(Each occupant must submit a separate application unless the Applicant and Co-Applicant share joint credit)

## APPLICATION FOR RESIDENCY

| FOR LEASING OFFICE ONLY: | |
| --- | --- |
| DATE 11/19/09 | APT. TYPE 71A |
| APT # 2262 | MOVE-IN DATE 12/1/09 |
| MONTHLY RENT 665 | LEASE DATES 12mo |
| SOURCE | MOVE-IN RENT AMT 465.00 |
| COMMENTS | LC INITIALS LA |

APPLICANT'S NAME ~~Mary~~
FIRST   MIDDLE   LAST   DATE OF BIRTH _____ SS# _____

CO-APPLICANT'S NAME  Maryam   Parviz-Khojavi  DATE OF BIRTH 11-22-80 SS# 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
FIRST   MIDDLE   LAST

APPLICANT'S STATE & DRIVER'S LICENSE # TX    CO-APPLICANT'S STATE & DRIVER'S LICENSE # TX 18599351

**OTHER OCCUPANTS**
NAME _____ DATE OF BIRTH _____ NAME _____ DATE OF BIRTH _____
NAME _____ DATE OF BIRTH _____ NAME _____ DATE OF BIRTH _____

### 12 months of resident history including dormitory residency required.

**RESIDENT HISTORY**

PRESENT ADDRESS 15025 Farmcote dr.  Frisco  TX  75035
STREET   APT.#   CITY   STATE   ZIP

DATES FROM/TO 08/04   Own
Present Landlord/Resident Mgr.   Apt. Community/Mortgage Co. & Loan #   Phone #

MONTHLY PAYMENT Ø   REASON FOR MOVING Getting married   HOME # _____

PREVIOUS ADDRESS 4700 Safe Harbour dr. Arlington TX 75035
STREET   APT.#   CITY   STATE   ZIP

PREVIOUS APT. NAME OR LANDLORD Ownedsome ADDRESS Owned ☑

MONTHLY PAYMENT 2100   PHONE # _____   HOW LONG? 05/05/08

| HAS APPLICANT OR CO-APPLICANT EVER BEEN EVICTED FROM ANY LEASED PREMISES? No IF YES, EXPLAIN _____ |
| --- |
| HAVE YOU EVER BEEN CONVICTED OF A FELONY? APPLICANT YES ___ NO X   CO-APPLICANT YES ___ NO X |

### 12 months of employment history including student status is required.

**EMPLOYMENT/STUDENT HISTORY**

PRESENT/FUTURE EMPLOYER Alcon labs inc   POSITION Senior Scientist

BUSINESS ADDRESS 1201 South freeway Fortworth, TX BUSINESS PHONE # 817-293-0450
STREET   CITY   STATE   ZIP

SUPERVISOR Dr. Bill Holtz   EMPLOYED SINCE 09/07

~~PREVIOUS EMPLOYER~~ Collin County College   POSITION Proffesor

BUSINESS ADDRESS _____   BUSINESS PHONE # _____
STREET   CITY   STATE   ZIP

SUPERVISOR Dr. Bottoms   EMPLOYED FROM/TO 08/09 to Pres.

CO-APPLICANT'S EMPLOYER _____   POSITION _____

BUSINESS ADDRESS _____   BUSINESS PHONE # _____
STREET   CITY   STATE   ZIP

SUPERVISOR _____   EMPLOYED FROM/TO _____

**MISCELLANEOUS**

DO YOU OWN ANY PETS? No IF SO, HOW MANY? ___ BREED ___ WEIGHT ___ COLOR ___

PERSONAL EMERGENCY CONTACT Bahman Parviz   RELATIONSHIP Dad

ADDRESS 15025 Farmcote dr.   HOME PHONE # 972-377-29 BUS. PHONE # 354-7277

PERSONAL REFERENCE Same as above    PHONE # _____   BUS. PHONE # _____

1 of 3

\*ANNUAL SALARY (INCLUDING FEES, TIPS, COMMISSIONS, AND BONUSES) _____

\*ANNUAL SALARY (CO-APPLICANT)                                          +  _____

\*\*ADDITIONAL ANNUAL INCOME (CHILD SUPPORT, PARENTAL SUPPORT, STOCKS, SAVINGS, INVESTMENTS, ETC)  +  _____

SOURCE _____  +  _____

TOTAL ANTICIPATED INCOME

\*IF SELF EMPLOYED, WE MUST BE FURNSIHED WITH YOUR MOST RECENT TAX RETURN  =  _93,000_

\*\*YOU MUST FURNISH US WITH A NOTARIZED STATEMENT OF THIS INCOME.

AUTO TAG # & STATE _____ YEAR/MAKE/COLOR _____

CO-APPLICANT'S TAG # & STATE _____ YEAR/MAKE/COLOR _____

DO YOU OWN A MOTORCYCLE, BOAT, COMMERICAL VEHICLE, CAMPER, TRAILER, ETC.? (IF SO, TYPE & TAG #) _____

HOW DID YOU HEAR ABOUT POST? _U move free. com Beth Hodin ?_

By signing below, I am stating that the information I have provided in this Application is true, correct, and complete. All persons and firms named in this Application may freely give any information concerning me that is requested, and I waive all rights of action that I may have for any consequence resulting from such information. By signing below, I authorize Post Apartment Homes, L.P. and its partners, subsidiaries, and affiliates (collectively referred to as "Post"), to release all information contained in this Application on my behalf and for my benefit.

Notice of Resident Selection Criteria: I acknowledge that Post may obtain a background report in connection with my Application and that such report may include information on my credit and criminal histories. I also acknowledge that my application may be rejected based on information contained in such reports.
By signing below, I further acknowledge that I have had the opportunity to review Post's Resident Selection Criteria which include: (1) criminal history, (2) previous rental history, (3) current income, (4) credit history, (5) failure to provide accurate or complete information on the application form, and (6) any other legitimate non-discriminatory information that might be relevant to the resident selection process. If I do not meet the selection criteria, or if I provide inaccurate or incomplete information, I further acknowledge that my application may be rejected and, as provided below, my Non-Refundable Application Fee and Guarantor Fee (if any), will not be refunded.

I hereby leave the following with Post as a good faith payment in connection with this Application:

**Amounts to be completed by Post associate:**

| | Required Amount | Amount Paid | Date Paid | Initials | Date |
|---|---|---|---|---|---|
| Non-Refundable Application Fee | $ 0am0 0 | $ 0 | 0 | 0 | 0 |
| Non-Refundable Leasing Fee | $ | $ | | | |
| Reservation Fee | $ | $ | | | |
| Non-Refundable Pet Fee | $ | $ | | | |
| Refundable Pet Fee | $ | $ | | | |
| Non-Refundable Remote Fee | $ | $ | | | |
| Other | $ | $ | | | |
| Total | $ 0 | $ 0 | 0 | 0 | 0 |

I understand that Post will never refund my Non-Refundable Application Fee and Guarantor Fee (if any) after I sign this Application.

If Post declines my Application, I understand that Post will return all other fees listed above.

If I cancel this Application within 48 hours of submitting this Application to Post, I understand that Post will return all other fees listed above.

If I cancel this Application after 48 hours of submitting this Application to Post or if I fail to occupy the premises at the agreed upon time for any reason, I understand that Post will keep my Non-Refundable Leasing Fee and my Reservation Fee as liquidated damages. I acknowledge that any injury to Post caused by my cancellation of this Application after 48 hours or my failure to occupy the premises at the agreed upon time is too difficult to accurately estimate. I therefore agree that Post and I intend to provide for damages rather than a penalty in these situations, and that Post's retention of the sums set forth above is a reasonable estimate of Post's probable loss from such a cancellation or refusal to occupy the premises.

If I cancel this Application or fail to occupy the premises at the agreed upon time for any reason, Post will refund my Refundable Pet Fee, Non-Refundable Pet Fee, Non-Refundable Remote Fee, and amounts listed above as "Other".

I acknowledge that the Reservation Fee and Refundable Pet Fee will become my refundable security deposits and that other fees will be applied to my account as listed upon the execution of my lease. I further acknowledge that all non-refundable fees are not part of any security deposit.

Applicant's Signature _____  Co-Applicant's Signature _____

Applicant's Email Address _Maryampk@gmail.com_  Co-Applicant's Email Address _____

Applicant's Cell Phone _214-681-2955_  Co-Applicant's Cell Phone _____

**THIS APPLICATION IS NOT A LEASE AGREEMENT.**

2 of 3



**POST PROPERTIES**

(Each occupant must submit a separate application unless the Applicant and Co-Applicant share joint credit)

**APPLICATION FOR RESIDENCY**

| FOR LEASING OFFICE ONLY: | |
|---|---|
| DATE 11/19/09 | APT. TYPE 21A |
| APT # 2262 | MOVE-IN DATE 12/1/09 |
| MONTHLY RENT 645 | LEASE DATES 12mo |
| SOURCE _____ | MOVE-IN RENT AMT 4165.00+15 |
| COMMENTS _____ | LC INITIALS CA |

APPLICANT'S NAME _AMIR_ (FIRST) _BAGHER_ (MIDDLE) _KALANTAR_ (LAST) DATE OF BIRTH _07.05.81_ SS# _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_

CO-APPLICANT'S NAME _MARYAM_ (FIRST) _____ (MIDDLE) _____ (LAST) DATE OF BIRTH _____ SS# _____

APPLICANT'S STATE & DRIVER'S LICENSE # _28647272_ CO-APPLICANT'S STATE & DRIVER'S LICENSE # _____

**OTHER OCCUPANTS**

| NAME | DATE OF BIRTH | NAME | DATE OF BIRTH |
|---|---|---|---|
| | | | |
| | | | |

**RESIDENT HISTORY**

*12 months of resident history including dormitory residency required*

PRESENT ADDRESS _719 Melrose dr_ (STREET) ____ (APT.#) _Richardson_ (CITY) _TX_ (STATE) _75080_ (ZIP)

DATES FROM/TO _05.12.09_ _House_ Present Landlord/Resident Mgr. ____ Apt. Community/Mortgage Co. & Loan # ____ Phone # ____

MONTHLY PAYMENT _____ REASON FOR MOVING _____ HOME # _____

PREVIOUS ADDRESS _____ (STREET) ____ (APT.#) ____ (CITY) ____ (STATE) ____ (ZIP)

PREVIOUS APT. NAME OR LANDLORD _____ ADDRESS _____

MONTHLY PAYMENT _____ PHONE # _____ HOW LONG? _____

HAS APPLICANT OR CO-APPLICANT EVER BEEN EVICTED FROM ANY LEASED PREMISES? _no_ IF YES, EXPLAIN _____

HAVE YOU EVER BEEN CONVICTED OF A FELONY? APPLICANT YES ___ NO X CO-APPLICANT YES ___ NO ___

**EMPLOYMENT/STUDENT HISTORY**

*12 months of employment history including student status is required*

PRESENT/FUTURE EMPLOYER _RP Valet Co._ POSITION _Driver_

BUSINESS ADDRESS _3613 Cedar Springs_ (STREET) _Dallas_ (CITY) _TX_ (STATE) ____ (ZIP) BUSINESS PHONE # _214-526-9900_

SUPERVISOR _RP_ EMPLOYED SINCE _9.19.09_

PREVIOUS EMPLOYER _Real Estate Solutions_ POSITION _Designer Architect_

BUSINESS ADDRESS _1401 Elm St; Ste.1818_ (STREET) _Dallas_ (CITY) _TX_ (STATE) ____ (ZIP) BUSINESS PHONE # _214-453-8800_

SUPERVISOR _Berry Modabberi_ EMPLOYED FROM/TO _05.12.09 to 9.19.0_

CO-APPLICANT'S EMPLOYER _____ POSITION _____

BUSINESS ADDRESS _____ (STREET) ____ (CITY) ____ (STATE) ____ (ZIP) BUSINESS PHONE # _____

SUPERVISOR _____ EMPLOYED FROM/TO _____

**MISCELLANEOUS**

DO YOU OWN ANY PETS? _No_ IF SO, HOW MANY? ____ BREED ____ WEIGHT ____ COLOR ____

PERSONAL EMERGENCY CONTACT _Maryam_ RELATIONSHIP _Wife_

ADDRESS _____ HOME PHONE # _214-681-2955_ BUS. PHONE # _____

PERSONAL REFERENCE _____ PHONE # _____ BUS. PHONE # _____

1 of 3

*ANNUAL SALARY (INCLUDING FEES, TIPS, COMMISSIONS, AND BONUSES) _____

*ANNUAL SALARY (CO-APPLICANT) + _____

**ADDITIONAL ANNUAL INCOME (CHILD SUPPORT, PARENTAL SUPPORT, STOCKS, SAVINGS, INVESTMENTS, ETC) + _____

SOURCE _____ + _____

TOTAL ANTICIPATED INCOME

*IF SELF EMPLOYED, WE MUST BE FURNISHED WITH YOUR MOST RECENT TAX RETURN - _30,000_

**YOU MUST FURNISH US WITH A NOTARIZED STATEMENT OF THIS INCOME.

AUTO TAG # & STATE _____ YEAR/MAKE/COLOR_____

CO-APPLICANT'S TAG # & STATE_____ YEAR/MAKE/COLOR_____

DO YOU OWN A MOTORCYCLE, BOAT, COMMERICAL VEHICLE, CAMPER, TRAILER, ETC.? (IF SO, TYPE & TAG #)_____

| HOW DID YOU HEAR ABOUT POST?_____ |
| --- |

By signing below, I am stating that the information I have provided in this Application is true, correct, and complete. All persons and firms named in this Application may freely give any information concerning me that is requested, and I waive all rights of action that I may have for any consequence resulting from such information. By signing below, I authorize Post Apartment Homes, L.P. and its partners, subsidiaries, and affiliates (collectively referred to as "Post"), to release all information contained in this Application on my behalf and for my benefit.

Notice of Resident Selection Criteria: I acknowledge that Post may obtain a background report in connection with my Application and that such report may include information on my credit and criminal histories. I also acknowledge that my application may be rejected based on information contained in such reports.
By signing below, I further acknowledge that I have had the opportunity to review Post's Resident Selection Criteria which include:
(1) criminal history, (2) previous rental history, (3) current income, (4) credit history, (5) failure to provide accurate or complete information on the application form, and (6) any other legitimate non-discriminatory information that might be relevant to the resident selection process. If I do not meet the selection criteria, or if I provide inaccurate or incomplete information, I further acknowledge that my application may be rejected and, as provided below, my Non-Refundable Application Fee and Guarantor Fee (if any), will not be refunded.

I hereby leave the following with Post as a good faith payment in connection with this Application:

| Amounts to be completed by Post associate: | Required Amount | Amount Paid | Date Paid | Initials | Date |
| --- | --- | --- | --- | --- | --- |
| Non-Refundable Application Fee | $ 85.00 | $ 85.00 | 85.00 | LA | 11/19 |
| Non-Refundable Leasing Fee | $ 150.00 | $ 150.00 | 150.00 | LA | 11/19 |
| Reservation Fee | $_____ | $_____ | _____ | _____ | _____ |
| Non-Refundable Pet Fee | $_____ | $_____ | _____ | _____ | _____ |
| Refundable Pet Fee | $_____ | $_____ | _____ | _____ | _____ |
| Non-Refundable Remote Fee | $_____ | $_____ | _____ | _____ | _____ |
| Other | $_____ | $_____ | _____ | _____ | _____ |
| Total | $ 235.00 | $ 235.00 | 11/19 | LA | 11/19 |

I understand that Post will never refund my Non-Refundable Application Fee and Guarantor Fee (if any) after I sign this Application.

If Post declines my Application, I understand that Post will return all other fees listed above.

If I cancel this Application within 48 hours of submitting this Application to Post, I understand that Post will return all other fees listed above.

If I cancel this Application after 48 hours of submitting this Application to Post or if I fail to occupy the premises at the agreed upon time for any reason, I understand that Post will keep my Non-Refundable Leasing Fee and my Reservation Fee as liquidated damages. I acknowledge that any injury to Post caused by my cancellation of this Application after 48 hours or my failure to occupy the premises at the agreed upon time is too difficult to accurately estimate. I therefore agree that Post and I intend to provide for damages rather than a penalty in these situations, and that Post's retention of the sums set forth above is a reasonable estimate of Post's probable loss from such a cancellation or refusal to occupy the premises.

If I cancel this Application or fail to occupy the premises at the agreed upon time for any reason, Post will refund my Refundable Pet Fee, Non-Refundable Pet Fee, Non-Refundable Remote Fee, and amounts listed above as "Other".

I acknowledge that the Reservation Fee and Refundable Pet Fee will become my refundable security deposits and that other fees will be applied to my account as listed upon the execution of my lease. I further acknowledge that all non-refundable fees are not part of any security deposit.

Applicant's Signature_____ Co-Applicant's Signature_____

Applicant's Email Address_bk.amir@gmail.com_ Co-Applicant's Email Address_____

Applicant's Cell Phone_469-471-3453_ Co-Applicant's Cell Phone_____

THIS APPLICATION IS NOT A LEASE AGREEMENT.

2 of 3

NAME ON CARD _Amir Bagher Kalantari_  BILLING ADDRESS _719 Melrose dr._

TYPE OF CARD  VISA ___X___  CITY _Richardson_

MASTER CARD _____  STATE _TX_

DISCOVER _____  ZIP _75080_

AMERICAN EXPRESS _____  PHONE NUMBER _469-471-3453_

CARD NUMBER _4744 7200 5871 7014_

EXPIRATION DATE _09/13_

CARDHOLDER'S EMAIL _bk.amir@gmail.com_

I hereby authorize Post Apartment Homes, L.P. to charge my Credit Card for the total Amount Paid stated above and for the purposes stated in this Application for Residency.

DATE _11.19.09_                    CARDHOLDER SIGNATURE

**FOR MARYLAND PROPERTIES ONLY:**
Pursuant to Md. Code Ann., Real Prop. § 8-213, if a landlord requires from a prospective tenant any fees other than a security deposit (as defined by Md. Code Ann., Real Prop. § 8-203), and these fees exceed $25, the landlord shall return the fees no later than 15 days following the date of occupancy or the written communication by either party to the other of a decision that no tenancy will occur. A landlord who fails to do so will be liable for twice the amount of the fees in damages. Landlords may, however, retain the portion of the fees actually expended for a credit check or other expenses arising out of the application. Post's application fee is calculated to cover the minimum possible cost of a standard credit and background check. Accordingly, and as allowed under State law, Post will retain the full application fee following the application process. Section 8-213 does not apply to any landlord who offers four or less dwelling units on one parcel of property, or to seasonal or condominium rentals. Nothing is this provision shall be deemed a waiver of any additional claims for other expenses sustained by Post arising under the terms of this application. FOR PROPERTIES LOCATED IN THE STATE OF MARYLAND ONLY, THE LANGUAGE IN THIS PARAGRAPH SUPERSEDES ANY CONTRADICTORY LANGUAGE IN THIS APPLICATION.

**FOR THOSE PAYING BY CHECK:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day you make your payment, and you will not receive your check back from your financial institution.

**3 of 3**